Case No. 24-6839

# In the United States Court of Appeals for the Ninth Circuit

RICHARD BLAIR,

*Plaintiff-Appellant*,

v.

AUTOMOBILI LAMBORGHINI SpA,

*Defendant-Appellee*.

On Appeal from
The United States District Court
For the District of Arizona
Case No. 2:22-cv-01439-ROS
The Honorable Judge Roslyn O. Silver

**APPELLANT'S EXCERPTS OF RECORD
INDEX VOLUME**

Brett E. Lewis
Anna Iskikian
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Brett@iLawco.com
Anna@iLawco.com

*Attorneys for Appellant Richard Blair*

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Judgment in a Civil Case | 10/17/24 | 62 | 2 |
| Order (granting Defendant's Motion for Summary Judgment) | 10/17/24 | 61 | 3-17 |
| **VOLUME 2 of 3** | | | |
| Plaintiff's Statement of Facts | 6/3/24 | 59 | 19-34 |
| Affidavit of Richard Blair in Opposition to Defendant's Motion for Summary Judgment | 6/3/24 | 59-1 | 35-41 |
| Exhibit A – Plaintiff's Responses to Defendant's First Set of Interrogatories *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-3 | 42-56 |
| Exhibit B – Defendant's Domain Name Portfolio *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-4 | 57-64 |
| Exhibit C – Landing Page of <lambo.com> *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-5 | 65-66 |

| Exhibit D – Website Develop Group and History of <ceec.com> *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-6 | 67-69 |
|---|---|---|---|
| Exhibit E – "Support" Page of <ceec.com> *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-7 | 70-75 |
| Exhibit F – Plaintiff's Post on NamePros.com dated Sept. 17, 2020 *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-8 | 76-82 |
| Exhibit G – Plaintiff's Use of "Lambo" as a Moniker and Its Iconography on WhatsApp *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-9 | 83-84 |
| Exhibit H – Plaintiff's Use of "Lambo" as a Moniker and Its Iconography on Telegram *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-10 | 85-89 |
| Exhibit I – Plaintiff's Use of "Lambo" as a Moniker and Its Iconography on X.com *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-11 | 90-91 |
| Exhibit J – Plaintiff's Use of "Lambo" as a Moniker and Its Iconography on NamePros.com *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-12 | 92-96 |

| Exhibit K – "lambodotcom" on <lichess.org> *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-13 | 97-98 |
|---|---|---|---|
| Exhibit L – Plaintiff Being Addressed as "Lambo" by Family and Friends *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-14 | 99-106 |
| Exhibit M – Plaintiff's post on NamePros.com dated Sept 17, 2020 *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-15 | 107-114 |
| Exhibit N – Plaintiff's post on NamePros.com dated Sept 17, 2020 *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-16 | 115-122 |
| Exhibit O – Defendant's Trademark Registrations with the USPTO *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-17 | 123-153 |
| Exhibit P – Plaintiff's Response to <lambo.com> Inquiry Dated Apr. 17, 2023 *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-18 | 154-158 |
| **VOLUME 3 of 3** | | | |
| Affidavit of Nellie Gong in Opposition to Defendant's Motion for Summary Judgment | 6/3/24 | 59-2 | 160-162 |

| | | | |
|---|---|---|---|
| Exhibit Q – Search of "Lambo" on www.tmdn.org *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-19 | 163-215 |
| Exhibit R – Registered Trademarks Consisting of "Lambo" *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-20 | 216-256 |
| Exhibit S – Search of "Lambo" on www.dnb.com *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-21 | 257-305 |
| Exhibit T – Search of "Lambo" on www.imdb.com *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-22 | 306-307 |
| Exhibit U – Search of "Lambo" on Various Websites including 23andme.com, Ancestry.com, Myheritage.com *(Plaintiff's Statement of Facts in Opposition to Defendant's Motion for Summary Judgment)* | 6/3/24 | 59-23 | 308-342 |
| Plaintiff's Answer to Counterclaims | 8/18/23 | 34 | 343-350 |
| Defendant's Answer to First Amended Complaint with Counterclaims | 7/28/23 | 30 | 351-367 |
| First Amended Complaint | 3/9/23 | 21 | 368-382 |
| Complaint | 8/24/22 | 1 | 383-393 |
| Notice of Appeal | 11/15/24 | 65 | 394 |

5

| | | |
|---|---|---|
| Civil Docket for Case No. 2:22-cv-01439-ROS – United States District Court, District of Arizona (Phoenix) – *Blair v. Automobili Lamborghini S.p.A.* | | 395-401 |