Case No. 24-6839

# In the United States Court of Appeals for the Ninth Circuit

RICHARD BLAIR,

*Plaintiff-Appellant,*

v.

AUTOMOBILI LAMBORGHINI SpA,

*Defendant-Appellee.*

On Appeal from
The United States District Court
For the District of Arizona
Case No. 2:22-cv-01439-ROS
The Honorable Judge Roslyn O. Silver

**EXCERPTS OF RECORD – VOLUME 2 OF 3**

Brett E. Lewis
Anna Iskikian
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Brett@iLawco.com
Anna@iLawco.com

*Attorneys for Appellant Richard Blair*

Brett E. Lewis (*pro hac vice*)
Brett@iLawco.com
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair,<br><br>               Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Automobili Lamborghini S.p.A.,<br><br>               Defendant/Counterclaimant. | Case No.: 2:22-cv-01439-ROS<br><br>**PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Richard Blair ("Blair" or "Plaintiff"), pursuant to L.R. Civ. 56.1(b), submits the following controverting Statement of Facts in opposition to Defendant Automobili Lamborghini S.p.A.'s ("Lamborghini's" or "Defendant's") motion for summary judgment.

| Defendant's Statement of Facts | Plaintiff's Response |
|---|---|
| 1.  On January 16, 1990, Lamborghini filed an application, Serial No. 74019105, with the United States Patent and Trademark Office ("USPTO") to register | **Undisputed**. |

1

| | |
|---|---|
| the LAMBORGHINI mark. Ex. A, Lamborghini_0000002. | |
| 2.  On November 13, 1990, the USPTO granted Lamborghini's application and the LAMBORGHINI mark received its federal registration, U.S. Registration No. 1622382. Ex. A, Lamborghini_0000002. | **Undisputed**. |
| 3.  The domain <lambo.com> was registered on March 5, 2000. Ex. U, Pl_000010. | **Undisputed**. |
| 4.  On February 16, 2018, Blair purchased the disputed domain name for $10,000. | **Undisputed**. |
| 5.  LAMBORGHINI is a well-known, world-famous mark that has been used for over fifty years. *See Automobili Lamborghini S.p.A v. Garcia*, No. 1:18-cv-62 (TSE/TCB), 2020 WL 2048165, at *5 (E.D. Va. Apr. 20, 2020) ("Lamborghini has used the Marks exclusively and continuously for over fifty years, has never abandoned them, and has spent millions of dollars in advertising and promoting the Marks throughout the United States and the world. As a result, the Marks are world famous and the consuming public exclusively associates | **Disputed** to the extent that the quoted dicta from *Yelp Inc. v. Catron*, 70 F. Supp. 3d 1082, 1097 (N.D. Cal. Oct. 1, 2014) is not a factual statement or finding. Defendant states a legal conclusion in the disguise of a factual statement by stitching its LAMBORGHINI mark and the term "Lambo" to a legal statement from the *Yelp* case taken out of context. In fact, the term "Lambo" is widely used by many non-parties around the world. A search with the term "Lambo" on tmdn.org, a trademark search engine supported by the European Union |

2

| | |
|---|---|
| the Marks with Lamborghini."); *Audi AG v. Posh Clothing, LLC*, No. 18-14254, 2019 WL 1951166, at *4 (D.N.J. May 2, 2019); *Volkswagen Grp. of Am., Inc. v. Unincorporated Associations Identified in Schedule A*, No. 1:20-cv-01437-LO-MSN, 2021 WL 8444641, at *2 (E.D. Va. July 21, 2021), report and recommendation adopted, No. 1:20-cv-1437, 2021 WL 8445261 (E.D. Va. Aug. 23, 2021). "Lambo" is nothing more than a shortened version of LAMBORGINI that merely "delete[s] . . . letters in the mark." *Yelp Inc. v. Catron*, 70 F. Supp. 3d 1082, 1097 (N.D. Cal. Oct. 1, 2014). | Intellectual Property Network, returns thirty (30) live registration with the single word "Lambo" for products and/or services outside the automobile industry. *See* **Ex. Q** to the Affidavit of Nellie Gong ("Gong Aff."). A search with the same tool returns at least another thirty-one (31) live registrations with the term "Lambo" combined with one other word or design elements. *See* **Ex. R** to Gong Aff. "Lambo" is also a surname. *See* **Ex. U** to Gong Aff. Furthermore, a search of the term "Lambo" on Dun & Bradstreet (dnb.com) returns five hundred and ninety-seven (597) results for companies and business entities from various industries across the world using or incorporating "lambo" in their names. *See* **Ex. S** to Gong Aff. A search of "Lambo" on IMDb (imdb.com) returns three results of audiovisual works. *See* **Ex. T** to Gong Aff. |
| 6.  "Lambo" is also a well-known shorthand for Lamborghini. *See Automobili Lamborghini SpA v. Lamboshop, Inc.*, 2008 WL 2743647, at *4 (M.D. Fla. June 5, 2008) (finding | **Disputed,** to the extent that "Lambo" is not *exclusively* used as a well-known shorthand for Lamborghini. *See* Gong Aff. ¶¶ 3-7, **Exs. Q to U**; *see also* Affidavit of Richard Blair ("Blair Aff.") ¶ 10. |

3

| | |
|---|---|
| "Lambo" was a "well-known shorthand for Lamborghini"). | |
| 7.   Mr. Blair has no trademark rights in the word LAMBO. Ex. B, Plaintiff's Response to Interrogatory No. 3. | **Undisputed.** |
| 8.   It is undisputed that Lambo is not Richard Blair's legal name. See ECF No. 21 (First Amended Complaint), ¶ 2 ("Plaintiff Richard Blair is a citizen of the United Kingdom with a residence at 8 West St., San Rafael, CA 94901."). | **Undisputed.** |
| 9.   "Lambo" is not a name "commonly used to identify [Mr. Blair]." Ex. C, Pl_000594 (referring to the plaintiff as "Richard"); Ex. D, Pl_000598 (signing email with the name "Richard"); Ex. E, Pl_000600 (signing email with the name "Richard"). | **Disputed.** While Mr. Blair goes by his legal name in some contexts, he has also been actively using "Lambo," "Lambo.com," and/or "Lambodotcom" as his moniker, appellation, or *nom de guerre* in multiple online communities, including WhatsApp (**Ex. G**, Pl_000548), Telegram (in connection with Mr. Blair's management of <bss.org>) (**Ex. H**, Pl_000536-Pl_000539), X.com (formerly Twitter) (**Ex. I**, Pl_000541), NamePros.com (**Ex. J**, Pl_000089), and lichess.org (**Ex. K**, Pl_000086). Other users on X.com referred to Mr. Blair as "Lambo." **Ex. L**, at Pl_000533-Pl_000535. On September 17, 2020, after Mr. Blair acquired <lambo.com> and |

4

years before Defendant submitted its complaint to WIPO, Mr. Blair made a post on NamePros.com, titled as "I am Lambo, Q&A Anything with Me." *See* **Ex. N**, Pl_000641-Pl_000646 (the "Q&A Post"). In this post, Mr. Blair offered to share information about himself and his experiences with domain names. Users under the Q&A Post greeted and recognized Mr. Blair as "Lambo." *See id.* In response to the question "Why lambo name?", Mr. Blair stated "I'm gonna moniker a dotcom of mine, otherwise what kind of domainer would I be?!". **Ex. F**, Pl_000378.

Mr. Blair has created an iconography in connection with "Lambo" as a stylized lamb with protruding blue brain, as shown as his profile picture in the Q&A Post. Blair Aff. ¶ 17. Mr. Blair has consistently used the stylized lamb icon in connection with his online moniker "Lambo" on different Internet platforms, including WhatsApp, Telegram, and NamePros.com, since late 2019. *See* **Exs. F-I**; Blair Aff. ¶ 17. Mr. Blair is known by the Lambo moniker in the field of domain name investment and development. Mr.

5

**ER-023**

| | |
|---|---|
| | Blair is also frequently addressed as "Lambo" among friends and family, including his father. *See* **Ex. L**, Pl_000533-Pl_000535; Pl_000545-Pl_000547; Blair Aff. ¶ 23. |
| 10. Mr. Blair has not used the disputed domain. ECF No. 21, ¶ 11. | **Disputed.** Mr. Blair acquired <lambo.com> as part of his domain name portfolio. He maintains a portfolio of about 130 domain names, some of which he develops. *See* **Ex. A**, at Attachment 1; *see also* Blair Aff. ¶¶ 1, 3-5. <br><br> Mr. Blair acquired the domain name <Lambo.com> as he saw it as a brandable, pronounceable, single-word dot-com domain name, which he initially thought would be a good name for subsequent development. *See* Blair Aff. ¶ 8. Mr. Blair planned to develop <lambo.com> into an active website, and he completed a WordPress installation and a landing page on May 2, 2019. *See* **Ex. C**, Pl_000009; *see also* Blair Aff. ¶ 13. Mr. Blair subsequently decided to remain focused on developing another website at <ceec.com> due to limited personal capacity, and to resume development of <lambo.com> at a later date. Blair Aff. ¶ 14. Mr. Blair plans to build <lambo.com> |

6

| | |
|---|---|
| | into a blog and Ceec founder's website once <Ceec.com> reaches certain development milestones. Blair Aff. ¶¶ 14, 15.<br><br>Over time, Mr. Blair started to view <lambo.com> as something more than a collected item in his portfolio—he sees the name "Lambo" as a perfect encapsulation of his identity and ethos. Blair Aff. ¶ 9. Starting around October 2019, Mr. Blair adopted "Lambo" as his online *nom de guerre*. *See* Blair Aff. ¶¶ 9, 16; *see also* **Ex. F**, Pl_000378; **Ex. G**, Pl_000548; **Ex. H**, Pl_000536-Pl_000539; **Ex. I**, Pl_000541; **Ex. J**, Pl_000089.  As described and stated above, Mr. Blair is, in fact, known in the domain industry as "Lambo" and "Lambodotcom." *See* **Ex. N**, Pl_000641-Pl_000646. |
| 11. Mr. Blair has admitted that he "initially planned on developing a website at [<lambo.com>]" but "[t]hose plans were subsequently delayed and abandoned." ECF No. 21, ¶ 11. | **Undisputed.** |
| 12. On April 29, 2022, Lamborghini filed a Complaint with the WIPO Arbitration and Mediation Center (the "Center") seeking a transfer of domain | **Undisputed.** |

7

**ER-025**

| | |
|---|---|
| name <lambo.com> under the Uniform Domain Name Dispute Resolution Policy. See Ex. F, WIPO Decision. | |
| 13. On August 3, 2022, the panel determined that the <lambo.com> domain was confusingly similar to the LAMBORGHINI mark and that Blair was using the mark in bad faith. The panel ordered Blair to transfer the domain to Lamborghini. See Ex. F, WIPO Decision. | **Undisputed** that a majority of the panel so ruled**.** |
| 14. After Lamborghini filed its WIPO complaint, Mr. Blair redirected visitors to <lambo.com> domain to a third-party website wherein Mr. Blair stated, among other things, that he would "defend, defeat, and humiliate" Lamborghini, accused Lamborghini of "theft," and provided a link to the UDRP proceedings. Ex. G (showing the redirection page); Ex. H (showing the page that <lambo.com> redirected to). | **Undisputed.** |
| 15. Mr. Blair has and continues to offer to sell the disputed domain to third parties for financial gain. Ex. E, Pl_000600; Ex. I, Pl_000609. | **Disputed.** Mr. Blair listed <lambo.com> for increasingly exorbitant prices to discourage people from making offers to purchase the domain name, as the domain name became more valuable to him as an integral part of his identity. *See* Blair Aff. ¶ 26. Many people have inquired about |

8

| | |
|---|---|
| | purchasing <lambo.com>, which is demanding Mr. Blair's time and attention. *See* Blair Aff. ¶ 27. Unsolicited bidders even started transactions on Escrow.com without his agreement. *See* Blair Aff. ¶ 27. As he explained in the Q&A Post, years before Lamborghini initiated UDRP proceedings against him, "[n]ot all my domains are actively for sale really, I do incubate, nurture and build too." *See* **Ex. M**, Pl_000377-Pl_000378. Mr. Blair received many inquiries from third parties, seeking the asking price of <lambo.com>. Although he has responded to some offers to purchase <lambo.com>, none of his responses have been serious – they have been for the purpose of deterring the inquiring party. Blair Aff. ¶ 28. Mr. Blair has never made any effort to negotiate a sale of the domain name. *Id.* |
| 16. At least as early as August 6, 2020, Mr. Blair listed the disputed domain for sale for a price of $1,129,298.00. Ex. J. | **Undisputed.** |
| 17. At least as early as December 23, 2020, Mr. Blair listed the disputed domain for sale for a price of $1.5 million. Ex. K, Pl_000589. | **Undisputed.** |

9

ER-027

| | |
|---|---|
| 18. At least as early as January 27, 2021, Mr. Blair listed the disputed domain for sale for a price of $3.3 million. Ex. L, Pl_000590. | **Undisputed.** |
| 19. At least as early as September 23, 2021, Mr. Blair listed the disputed domain for sale for a price of $12 million. Ex. M. | **Undisputed.** |
| 20. At least as early as August 11, 2022, Mr. Blair listed the disputed domain for sale for a price of €50 million. Ex. N. | **Undisputed.** |
| 21. At least as early as September 7, 2023, Mr. Blair listed the disputed domain for sale for a price of $75 million. Ex. O. | **Undisputed.** |
| 22. The disputed domain is currently listed for sale for $75 million. Ex. P. | **Undisputed.** |
| 23. Mr. Blair has received offers from others seeking to buy <lambo.com>. Ex. Q, Pl_000571; Ex. R, Pl_000583. | **Undisputed.** |
| 24. In an email dated January 6, 2021 in response to an opening offer of $100,000, Mr. Blair notes that the "reserve" price for <lambo.com> is $888,888. Ex. S, Pl_000595. | **Disputed.** Mr. Blair did not respond to the offer. Rather, he informed the founder and CEO of epik, Rob Monster, that the "reserve" price for the domain name was $888,888. Ex. S to Defendant's Rule 56.1 Statement (ECF No. 57-19), Pl_000595 at 1. |
| 25. In email correspondence from September 20, 2021, Mr. Blair tells a prospective buyer that the "asking price | **Disputed** to the extent that there is no evidence that the person who inquired of Mr. Blair was a prospective buyer. |

| | |
|---|---|
| for Lambo.com is USD $12m." Ex. E, Pl_000600. | |
| 26. On April 17, 2023, in responding to an offer to buy the domain for $50,000,000, Mr. Blair tells the prospective buyer that he "would be agreeable to a near all cash offer if ready to close." Ex. I, Pl_000609 at 2. | **Disputed.** No offer to buy the domain for $50,000,000 was ever made. Further, the quoted statement from Mr. Blair was sarcasm. Mr. Blair was not being serious when he mentioned being amenable to a near all-cash offer of $50 million from someone he believed to be a time waster. *See* Blair Aff. ¶ 29. Following Mr. Blair's response, the prospective buyer stated "What sort of price are you looking for? I am liquid but 50m is super crazy haha." Ex. I to Defendant's Rule 56.1 Statement (ECF No. 57-9), Pl_000609 at 1. Mr. Blair responded "I understand. Thanks anyway for your interest and best wishes." *Id.* at 1. The prospective buyer replied, "What's your best price? I am super interested." Mr. Blair terminated the conversation. *Id.* at 1. Mr. Blair provided such responses to discourage prospective buyers from bidding on <lambo.com>. *See* Blair Aff. ¶ 29. |
| 27. The LAMBORGHINI mark is distinctive and famous. Ex. A, Lamborghini_0000002. | **Undisputed.** |

11

| | |
|---|---|
| 28. The term "lambo" is confusingly similar to the LAMBORGHINI mark. *See* Ex. T, April 9, 2024 Status Conference Transcript 18:2-7 (conceding that "lambo" "is a term that is commonly associated with the Lamborghini car; and so from the context of an ACPA claim, I tend to agree with Mr. Nowak that it is likely that the confusing similarity threshold would be met."). | **Undisputed.** |

**Plaintiff's Additional Statements of Fact:**

29. Mr. Blair acquired the domain name <Lambo.com> because it was a brandable, pronounceable, single word dot com domain name, which he thought would be a good name to develop. It had nothing to do with Lamborghini. *See* Blair Aff. ¶¶ 8, 32.

30. Prior to acquiring the domain name <lambo.com>, as his usual practice, Mr. Blair conducted a search for "lambo" with various search engines, including LinkedIn, the OpenCorporates website, the USPTO, and DotDB.com. *See* Blair Aff. ¶ 10. Mr. Blair did not encounter any live marks registered to Lamborghini. *See* Blair Aff. ¶ 10. He did encounter a number of third-party uses of "Lambo" and several registered trademarks for various uses across industries. *See* Blair Aff. ¶ 10.

31. Based on this search, Mr. Blair concluded that "Lambo" was a common term, which is generic and available for various uses across industries. *See* Blair Aff. ¶ 10.

32. Mr. Blair did not register the domain name with the intent to sell it to Lamborghini, and has never offered to sell the domain name to Lamborghini. *See* Blair Aff. ¶ 32.

12

**ER-030**

33. Mr. Blair did not use the domain name to divert users searching for Lamborghini to a website with pay-per-click ads. *See* Blair Aff. ¶ 33.

34. Mr. Blair did not register the domain name to prevent Lamborghini from representing its trademark – which is LAMBORGHINI – in a domain name. *See* Blair Aff. ¶ 34.

35. Lamborghini does not use "Lambo" as a trademark, and does not own a registration for a Lambo mark in the United States. Lamborghini sells cars branded as "Lamborghinis," not "Lambos." *See* **Ex. O**, LAMBORGHINI_0000001-0000030; *see also* Blair Aff. ¶ 35.

36. Mr. Blair had an early plan of developing the <Lambo.com> website. He completed a WordPress installation and a landing page on May 2, 2019. *See* Blair Aff. ¶ 13. Mr. Blair subsequently decided to remain focused on developing another website at <ceec.com> and resume development of <lambo.com> at a later date. *See* Blair Aff. ¶ 14. Mr. Blair completed developing <ceec.com> on May 10, 2024, and the website shows that it was built by "Lambo." *See* Blair Aff. ¶ 14; see also, **Ex. D**, Pl_000087-Pl_000088; **Ex. E**. Mr. Blair plans to develop <lambo.com> into a blog and Ceec founder's website once <Ceec.com> reaches certain development milestones. *See* Blair Aff. ¶ 15.

37. Mr. Blair chose and adopted Lambo as a moniker because the name "Lambo" resonated with him on a personal level and perfectly encapsulated his identity and ethos. Blair Aff. ¶ 9. He also felt that he should use one of his domain names to illustrate how domain names could be used as online identities. *See* Blair Aff. ¶ 16; **Ex. F**, Pl_000378.

38. Mr. Blair was drawn to the name "Lambo" as a play on the word "Lamb," with an outlier generic aptitude and intelligence, hence "Lamb-O." *See* Blair Aff. ¶ 16.

39. Mr. Blair listed <lambo.com> for increasingly exorbitant prices to discourage people from inquiring or offering to purchase the domain name. Some inquirers have even started transactions on Escrow.com without his agreement to sell the <lambo.com> domain name. Mr. Blair listed the domain for increasingly high prices to deter unwanted offers and transactions. *See* Blair Aff. ¶ 27.

13

40. Mr. Blair has assigned it the highest price among all his domain names, as <Lambo.com> is integral to his identity and has become his *nom de guerre*. *See* Blair Aff. ¶ 26.

41. Mr. Blair has invested in domain names since 2009. *See* Blair Aff. ¶ 1. In the past six years, he has financed and project-managed an international team building internet gateway and search engine. Prior to this, Mr. Blair was a professional coin dealer for ten years specializing in modern Chinese numismatics. *See* Blair Aff. ¶ 2. Mr. Blair has developed several domain names that he acquires, such as <ChineseCoins.com>, <Coinex.com>, <Datafeed.com>, <Sociology.com>, and <Ceec.com>. *See* Blair Aff. ¶ 1.

42. Mr. Blair maintains a portfolio of about 130 domain names, which he assigns different values to as he sees fit. Mr. Blair has different plans for different domain names—whether for sale, for development, or for long-term possession. *See* Blair Aff. ¶ 3; **Exs. A. B**.

43. Mr. Blair's domain name portfolio includes short domains with randomized combinations of letters or numbers, such as <11215.com>, <wywy.com>, <ceec.com>, and <nyip.com>. It also includes combinations of commonly-used words, such as <AsbestosLitigation.com>, <Babywalker.om>, <ComputerCase.com>, <InternetFilter.com>, <CigarRoller.com>, <FlyerDesign.com>, <InvestorList.com>, and <LoveDomains.com>. *See* Blair Aff. ¶ 4; *see also* **Exs. A, B**. Mr. Blair's acquisition strategy focuses on common, generic distionary words and simple alphanumeric combinations chosen for their broad applicability and inherent value as generic terms. *See* Blair Aff. ¶ 5.

44. None of the domain names in Mr. Blair's portfolio infringe on known trademarks. *See* Blair Aff. ¶ 6.

45. Mr. Blair conducts preliminary searches before he acquires a domain name, and he conscientiously avoids any targeting or capitalization on established trademarks, or registering domain names comprising words or phrases that would infringe upon existing

14

**ER-032**

1   trademarks, which is evidenced by the domain names in his portfolio. *See* Blair Aff. ¶¶ 6,
2   7, 10; *see also* **Exs. A. B.**

3   46. Not all of Mr. Blair's domain names that are listed for sale are actually for sale.
4   *See* **Ex. M**, Pl_000377-Pl_000378, the Q&A Post.

5   47. Mr. Blair has sold domain names for prices ranging from a few hundred dollars to
6   $500,000. *See* Blair Aff. ¶ 30; *see also* **Ex. A** at Attachment 1.

7   48. Most of these sales were made through commercial domain name resellers, such
8   as Namejet Auction or Domain Agents. *See* Blair Aff. ¶ 31.

9   49. Mr. Blair lists some of his other domain names for what some might consider
10  exorbitant prices. For example, Mr. Blair lists <dnas.com> for sale for $38,996,555,
11  <cryptocorp.com> for $9,679,721, <newsmedia.com> for $4,355,874,
12  <pharmacore.com> for $1,088,969, and <templarcrown.com> for $3,300,000. *See* Blair
13  Aff. ¶ 24; *see also* **Ex. B**.

14  50. Mr. Blair has never before been accused of cybersquatting. *See* Blair Aff. ¶ 36.

15  51. Mr. Blair has never before been a party to a UDRP proceeding. *See* Blair Aff. ¶
16  37.

17  52. Mr. Blair has never been a party to an action under the Anti-Cybersqutting
18  Consumer Protection Act. *See* Blair Aff. ¶ 38.

19  53. Mr. Blair did not provide false contact information when acquiring the Domain
20  Name. *See* Blair Aff. ¶ 39.

21  54. Mr. Blair did not fail to maintain accurate contact information for <lambo.com> or
22  any other of his domain names. *See* Blair Aff. ¶ 40.

23  55. For the times when <lambo.com> was directed to an operating website under
24  construction, Mr. Blair did not provide any false or misleading contact information on the
25  construction page. *See* Blair Aff. ¶ 41; **Ex. C**.

26
27
28

15

Dated: June 3, 2024

      Brooklyn, New York

                    Respectfully submitted,

                    By: */s/Brett E. Lewis*
                    Brett E. Lewis, Esq. (*pro hac vice*)
                    **LEWIS & LIN LLC**
                    77 Sands Street, 6th Floor
                    Brooklyn, NY 11201
                    Tel: (718) 243-9323
                    Fax: (718) 243-9326
                    Email: Brett@iLawco.com

                    *Attorneys for Plaintiff Richard Blair*

16

1  Brett E. Lewis (*pro hac vice*)
2  Brett@iLawco.com
   **LEWIS & LIN LLC**
3  77 Sands Street, 6th Floor
4  Brooklyn, NY 11201
   Tel: (718) 243-9323
5  Fax: (718) 243-9326
6  Email: Brett@iLawco.com
7  *Attorneys for Plaintiff Richard Blair*

8              **UNITED STATES DISTRICT COURT**
9
10                **DISTRICT OF ARIZONA**
11

12  Richard Blair,                          Case No.: 2:22-cv-01439-ROS
13
14              Plaintiff/Counter-Defendant,
                                             **AFFIDAVIT OF RICHARD BLAIR IN**
15  vs.                                      **OPPOSITION TO MOTION FOR**
                                             **SUMMARY JUDGMENT**
16  Automobili Lamborghini S.p.A.,
17              Defendant/Counterclaimant.
18
19

20  I, Richard Charles Holmes Blair, a/k/a Lambo, hereby depose and state as follows:

21

22  1.  I have invested in domain names since 2009. I have developed some of the domain
23      names that I acquire, such as <ChineseCoins.com>, <Coinex.com>,
24      <Datafeed.com>, <Sociology.com>, and <Ceec.com>, and have sold others.
25  2.  In the past six years, I have financed and project-managed an international team
26      building internet gateway and search engine, (combining essential tools into a
27      single interface). Prior to this I was a professional coin dealer for ten years
28      specializing in modern Chinese numismatics.

                                    1

3. I currently own a portfolio of about 130 domain names. *See* **Ex. A**, Pl.'s Response to Def's Interrogatories (dated Jan. 15, 2024), Attachment 1. Enclosed as **Exhibit B** is a list of my current domain name portfolio with the prices listed for sale for my domains.

4. My domain portfolio includes short domains with randomized combinations of letters or numbers, such as <11215.com>, <wywy.com>, <ceec.com>, and <nyip.com>. It also includes combinations of commonly-used words, such as <AsbestosLitigation.com>, <Babywalker.om>, <ComputerCase.com>, <InternetFilter.com>, <CigarRoller.com>, <FlyerDesign.com>, <InvestorList.com>, and <LoveDomains.com>. *See* **Exs. A, B**.

5. My acquisition strategy focuses on common, generic dictionary words and simple alphanumeric combinations chosen for their broad applicability and inherent value as generic terms. My consistent aim has been to engage in the legitimate commercial use of non-specific, versatile domain names that have broad applicability across various industries.

6. To the best of my knowledge, none of the domain names in my portfolio infringe upon any registered trademarks. I ensure that my domain acquisition practices adhere to fair business standards, specifically avoiding any targeting or capitalization on established trademarks.

7. I have never intended to acquire domain names comprising words or phrases that would infringe upon existing trademarks, and I conscientiously avoid registering such domain names.

8. I acquired the domain name <Lambo.com> because it is a brandable, pronounceable, single-word dot-com domain name, which I initially thought would be a good name to develop.

9. The name "Lambo" resonated with me on a personal level and perfectly encapsulated my identity and ethos. It represented a unique and distinctive name that conveys individuality and non-conformity. The name's versatility and strong,

2

memorable characteristics made it an ideal choice for creating a recognizable online presence.

10. Prior to its acquisition on February 16, 2018, I searched for "lambo" on LinkedIn, the OpenCorporates website, the USPTO, and DotDB.com, which is my usual practice. These searches found many third-party uses of Lambo and several registered trademarks, none of which were registered to Lamborghini. Based on my diligence, and my experience in the field, I understood "Lambo" to be generic and available for various uses across industries.

11. I determined that the vendor possessed lawful title to <lambo.com>, with divestment and transferrable privileges to same. This was achieved by executing a WHOIS lookup.

12. I believed that the marketplace <sedo.com> facilitated the fair and lawful acquisition of title and property rights of <lambo.com> to any buyer meeting the purchase requirements, including full payment of the asking price.

13. My work and interests were scheduled to be showcased on <lambo.com>. I completed a WordPress installation and a landing page on May 2, 2019. *See* **Ex. C**, Pl_000009 (landing page of <lambo.com>).

14. I subsequently decided to remain focused on developing <ceec.com> and resume development of <lambo.com> at a later date. Since I develop the websites myself, there are a limited number of projects that I can undertake at the same time. I have been developing the <ceec.com> website and eventually completed work on the website on May 10, 2024. The website for <ceec.com> shows that the website was built by "Lambo." *See* **Ex. D**, Pl_000087-Pl_000088 (website develop group and history of <ceec.com>); **Ex. E**, Section 1.5 of the "Support" page of <ceec.com> at https://ceec.com/support/.)

15. Once <Ceec.com> reaches certain development milestones, I plan to build <lambo.com> into a blog and Ceec founder's website. This site will offer tips, tricks, and inspiration to others in the Ceec community, sharing insights from my

3

1    experiences and fostering a supportive environment for individuals pursuing
2    similar endeavors.

3    16. In or around October 2019, I had the idea to use the name Lambo and the
4    <Lambo.com> domain for my online identity. I adopted "Lambo" as a moniker or
5    appellation because I felt that it suited me. I was drawn to it as a play on the word
6    'Lamb,'with an outlier generic aptitude and intelligence, hence 'Lamb-O'. As I
7    stated in a post on NamePros.com, I felt that I should use one of my domain
8    names as a moniker to illustrate how domain names could be used as online
9    identities. **Ex. F**, Pl_000378 (Blair's post on NamePros.com dated Sept 17, 2020,
10   located at https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-
11   me.1208769/post-795465).

12   17. I have an iconography in connection with "Lambo" as a stylized lamb with
13   protruding blue brain. I have consistently used the stylized lamb icon in
14   connection with my online moniker on different Internet platforms, including
15   WhatsApp (**Ex. G**, Pl_000548), Telegram (**Ex. H**, Pl_000536-Pl_000539), X.com
16   (formerly Twitter) (**Ex. I**, Pl_000541), and NamePros.com (**Ex. J**, Pl_000089),
17   since late 2019.

18   18. I am presently known by many thousands of people as "Lambo."

19   19. I have been the editor of Based Science & Secrets <bss.org> since October 2022.
20   Several hundred people have presently volunteered their entry to this group and
21   only know me as "Lambo". *See* **Ex. H**, Pl_000536-Pl_000539.

22   20. I have played over 5000 games of chess as "lambodotcom" on <lichess.org> as a
23   member since the 9th day of October 2019. *See* **Ex. K**, Pl_000086.

24   21. I am known by "Lambo" in private development groups with developers and a
25   system engineer. *See* **Ex. D**, Pl_000087-Pl_000088.

26   22. I am of repute and renown on <namepros.com>. This is an online community
27   purported to have over one million members, including domain name investors
28   and developers. My username is and has been "lambo.com" since late 2019. The

4

link to my profile is https://www.namepros.com/members/lambo-com.964847. *See* **Ex. J**, Pl_000089.

23. I am frequently addressed as "Lambo" among friends and family. This is realized orally and evidenced in emails and text messages. *See, e.g,* **Ex. L**, Pl_000533-Pl_000535; Pl_000545-Pl_000547.

24. Not all my domain names listed for sale are actually for sale. *See* **Ex. M**, Pl_000377-Pl_000378 (Blair's post on NamePros.com dated Sept 17, 2020, located at https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954795). I list some of my domain names for what some might consider to be exorbitant prices. For example, I listed <dnas.com> for sale for $38,996,555, <newsmedia.com> for $4,355,874 and <cryptocorp.com> for $7,999,999. *See* **Ex. B**.

25. I price domain names based on their worth to me, assigning high prices to discourage offers for domains I do not wish to sell.

26. <Lambo.com> is integral to my identity and has become my personal name. To discourage offers, I have assigned it the highest price among all my domain names. Even after raising the price for <Lambo.com> to well above seven figures, I continued to receive offers and subsequently increased the price to $75 million.

27. One might ask why I list a price for <Lambo.com> at all if I do not intend to sell it. There are a lot of suitors for the domain name, who are demanding of my time and attention. Some of them even start transactions on Escrow.com, without my agreement. There would be even more unwanted activities if I did not list it for a very high price.

28. Although I have responded to some offers to purchase <lambo.com>, none of my responses have been serious. Since adopting Lambo as my *nom de guerre*, I have never made any effort to negotiate a sale. To the contrary, I have only sought to discourage offers by directing inquirers to the listed price.

5

29. On April 17, 2023, I responded to an inquiry by stating that I "would be agreeable to a near all-cash offer if ready to close." This was meant sarcastically. I do not fault opposing counsel for not understanding the dry British sense of humor, but I was not serious when I mentioned being amenable to a near all-cash offer of $50 million from someone I believed to be a time waster. When the inquirer did not take the hint and continued pressing me for a sale price, I wished him the best and then ignored him. *See* **Ex. P**, Pl_000609.

30. In contrast, I have sold some of my other domain names for prices ranging from a few hundred dollars to $500,000. *See* **Ex. A** at Attachment 1.

31. Most of these sales were facilitated through reputable platforms such as Namejet Auction or Domain Agents, connecting me with third-party buyers. *See id*.

32. My interest in acquiring <Lambo.com> had nothing to do with Lamborghini. I did not register the domain name with the intent to sell it to Lamborghini and have never offered to sell the domain name to Lamborghini.

33. I have never used the domain name to divert users searching for Lamborghini to a website with pay-per-click ads.

34. I did not register the domain name to prevent Lamborghini from representing its trademark – which is LAMBORGHINI – in a domain name.

35. To my knowledge, Lamborghini does not use "Lambo" as a trademark. Their cars are not advertised, marketed, or sold as "Lambos." Lamborghini sells cars under the name "Lamborghini."

36. I have never before been accused of cybersquatting or received a cease and desist letter.

37. I have never before been a party to a UDRP proceeding.

38. I have never been a party to an action under the Anti-Cybersquatting Consumer Protection Act.

39. I did not provide false contact information when acquiring the domain name <lambo.com>.

**ER-040**

40. I did not fail to maintain accurate contact information for <lambo.com> or any other of my domain names.

41. For the times when <lambo.com> was directed to an operating website under construction, I did not provide any false or misleading contact information on the construction page. *See* **Ex. C**, Pl_000009.

I affirm this 3rd day of June, 2024, under the penalties of perjury under the laws of the United States, which may include a fine or imprisonment, that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States, that the foregoing is true, and I understand that his document may be filed in an action or proceeding in a court of law.

Dated: June 3, 2024

London, United Kingdom

_____
richard blair (Jun 3, 2024 20:26 GMT+1)
_____

Richard Charles Holmes Blair

7

**ER-041**

# Exhibit A

Brett E. Lewis (*pro hac vice*)
Shuyu Wang (*pro hac vice*)
**LEWIS & LIN LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com

*Attorneys for Plaintiff Richard Blair*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Blair, | Case No.: 2:22-cv-01439-ROS |
| Plaintiff, | |
| vs. | **PLAINTIFF RICHARD BLAIR'S RESPONSES TO DEFENDANT AUTOMOBILI LAMBORGHINI S.P.A.'S FIRST SET OF REQUESTS FOR INTERROGATORIES** |
| Automobili Lamborghini S.p.A., | |
| Defendant. | |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the District of Arizona, Plaintiff Richard Blair ("Plaintiff" or "Blair"), by and through the undersigned counsel, hereby responds and objects to the First Set of Interrogatories of Defendant Automobili Lamborghini S.p.A. ("Defendant" or "Lamborghini").

### <u>GENERAL OBJECTIONS</u>

Specific responses and objections to each interrogatory are made on an individual basis below. In addition to such specific objections, Plaintiff makes the following

1

General Objections that may be incorporated into each specific response, whether or not they are set forth specifically below.

1.     Plaintiff objects to the interrogatories as unduly burdensome and/or overly broad to the extent they purport to impose burdens, requirements or obligations that exceed or differ from those permitted by, *inter alia*, any applicable Federal Rules of Civil Procedure, Local Civil Rules of the United States District Court for the District of Arizona, and/or the Civil Case Discovery Plan and Scheduling Order (the "Scheduling Order," Dkt. # 38), as that Scheduling Order may be amended in the course of this action.

2.     Plaintiff objects to the interrogatories to the extent that they seek information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privileges and protections. Such information will not be provided, and any inadvertent disclosure of such information shall not constitute a waiver of any privilege, right, and/or ground for objecting to providing such information and shall not waive Plaintiff's right to object to the use of such information or the right to claw back such information.

3.     Plaintiff objects to the interrogatories as unduly burdensome and overly broad to the extent that they call for the production of information that is not in the possession, custody or control of Plaintiff.

4.     Plaintiff objects to the interrogatories as premature and unduly burdensome to the extent they seek information that is properly the subject of expert discovery and/or damages discovery. Plaintiff will supplement responses to document requests as needed in accordance with the applicable deadlines, including those in the Scheduling Order, as it may be amended.

5.     Plaintiff objects to the interrogatories to the extent that they call for the disclosure of private, proprietary or other confidential information. Plaintiff will only provide such information subject to and in reliance upon the parties ultimately agreeing upon an appropriate confidentiality order that is so ordered by the Court.

6.     Plaintiff objects to the interrogatories as overly broad and/or unduly

2

burdensome to the extent that they call for information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

7.     Plaintiff objects to the interrogatories to the extent that they require Plaintiff to draw legal conclusions regarding any issue in this Action.  Any response shall not be construed as providing a legal conclusion regarding the meaning or application of any terms or phrases used in these interrogatories.

8.     Plaintiff's responses to each interrogatory are based on a reasonable investigation to date. Plaintiff reserves the right to supplement, amend, modify, or correct the responses, if necessary and in accordance with the Scheduling Order and/or any applicable Court order or agreement among the parties. Any objection or response by Plaintiff does not constitute a representation or admission that such information does in fact exist or is known or available to Plaintiff.  Moreover, no response shall be construed as an admission by Plaintiff regarding the admissibility of any characterization contained in these interrogatories.  Any response to these interrogatories is not a concession that the subject matter of the particular interrogatory is discoverable, relevant to this action, or admissible as evidence in any way.

## SPECIFIC RESPONSES AND OBJECTIONS

**INTERROGATORY NO. 1:**

Identify all domain names You have purchased, registered, acquired, invested in, sold, built or developed.

**RESPONSE TO INTERROGATORY NO. 1:**

See Attachment 1.


**INTERROGATORY NO. 2:**

For any domain names either purchased by You or sold or otherwise transferred by You to someone else, identify the dates of any such purchases or sales, the individuals or entities from whom or to whom any such purchases, sales or transfers were made, and the purchase price and/or sales price.

3

**RESPONSE TO INTERROGATORY NO. 2:**

See Attachment 1.

**INTERROGATORY NO. 3:**

Identify any trademark rights You have in the word LAMBO.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff claims no trademark rights in the word LAMBO.

**INTERROGATORY NO. 4:**

Identify the exact date You purchased the Domain Name, including the full name and address of the individual You purchased the Domain Name from, the price You paid for the Domain Name and identify all documents and things related to the purchase of the Domain Name by You.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiff purchased the Domain Name on February 16, 2018 from John Lambeth, 15 Northampton Close, CM7 9FG Braintree, United Kingdom for $10,000 U.S. Dollars. Documents and things related to the purchase of the Domain Name by Plaintiff were produced in response to Document Request No. 1, Bates Nos. Pl_000001-Pl_000008.

**INTERROGATORY NO. 5:**

Identify the exact date that You allegedly started going by the nickname Lambo and identify any and all documents that support Your assertion that "Plaintiff Richard Blair is a domain name investor who uses the nickname 'Lambo'".

**RESPONSE TO INTERROGATORY NO. 5:**

Plaintiff objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 7, and/or it would require Plaintiff to summarize his own documents for Defendant.

4

Subject to the foregoing Specific and General objections, Plaintiff started using the nickname "Lambo" at least as early as October 8, 2019, and started using the nickname "Lambo" in association with domain name investment at least as early as December 8, 2019. Plaintiff has made thousands of posts under the "Lambo" moniker since its adoption, many of these in connection with domain names. Plaintiff further refers for his response to Documents and things produced in response to Document Request No. 7, Bates Nos. Pl_000086-Pl_000550, Pl_000638-Pl_000650.

**INTERROGATORY NO. 6:**

Identify every date on which You listed or otherwise offered the Domain Name for sale, including the prices for which the Domain Name was listed or offered for sale, any offers made by others to buy the Domain Name including the person or entity who made the offer, the price offered, the date the offer was made, any counteroffers that were made by You and the amount of those counteroffers, and the dates of any counteroffers.

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiff objects to this Interrogatory as unduly burdensome. Plaintiff further objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 8, and/or it would require Plaintiff to summarize his own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to the Documents produced by Plaintiff in response to Document Request No. 8, Bates Nos. Pl_000551-Pl_000637.

**INTERROGATORY NO. 7:**

Identify the date and substance of every change You have made to the domain page <lambo.com> from the date You acquired the Domain Name up until the present.

5

**RESPONSE TO INTERROGATORY NO. 7:**

Plaintiff objects to this Interrogatory as unduly burdensome. Plaintiff further objects to this Interrogatory to the extent that it is duplicative of Defendant's Request for Documents No. 3, and/or it would require Plaintiff to summarize his own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to the Documents produced in response to Document Request No. 3, Bates Nos. Pl_000009-Pl_000085.


**INTERROGATORY NO. 8:**

Identify all prior usernames on all Your social media platforms on which You are allegedly known as "Lambo" and provide the dates You changed Your username on those social media platforms to include the word "Lambo."

**RESPONSE TO INTERROGATORY NO. 8:**

Plaintiff objects to this Interrogatory to the extent that it is duplicative of Defendant's Interrogatory No. 5, and Defendant's Request for Documents No. 7, and/or it would require Plaintiff to summarize its own documents for Defendant.

Subject to the foregoing Specific and General objections, Plaintiff refers for his response to Plaintiff's response to Defendant's Interrogatory No. 5, and the Documents produced in response to Document Request No. 7, Bates Nos. Pl_000086-Pl_000550, Pl_000638-Pl_000650. Plaintiff further responds, below:

> Telegram username(s): @lambodotcom (Lambo < bss.org >) (start date between 2019 and 2020);

> Twitter username(s): @lambo_com (active), @lambodotcom (suspended) (start date between 2019 and 2020);

> WhatsApp username(s): Lambo (start date between 2019 and 2020);

> Namepros.com username(s): Lambo.com (start date: December 8, 2019); Richard Blair (start date: March 19, 2015);

6

**ER-048**

1   &gt; Lichess.org username(s): LAMBOdotcom (start date: October 8, 2019).

2

3   Dated: January 15, 2024

4        Brooklyn, NY

5

6                                    By: */s/Brett E. Lewis*
                                        Brett E. Lewis, Esq. (*pro hac vice*)
7                                        **LEWIS & LIN LLC**
8                                        77 Sands Street, 6th Floor
                                         Brooklyn, NY 11201
9                                        Tel: (718) 243-9323
                                         Fax: (718) 243-9326
10                                       Email: Brett@iLawco.com
11

12                                       *Attorneys for Plaintiff Richard Blair*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

Attachment 1

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| ceec.com | Developed | Active, soft launch imminent | | | | | |
| chinesecoins.com | Developed | Dormant, inactive | | | | | |
| coinex.com | Developed | Domain sold | | | | | |
| pandacoins.com | Developed | Dormant, inactive | | | | | |
| sociology.com | Developed | Domain sold | | | | | |
| 1017.com | Purchase | | 9800 | USD | James Ayala | | 11-22-17 |
| 06498.com | Purchase | | 450 | USD | Phil Viger | | 12-2-15 |
| 09115.com | Purchase | | 349 | USD | Oleg Pavlov | | 2-25-16 |
| 11215.com | Purchase | | 2000 | USD | Alvin Townsend | | 4-20-18 |
| 30188.com | Purchase | | 600 | USD | Andrew Armer | | 8-27-17 |
| 88287.com | Purchase | | 3362 | USD | Udo Kibele | | 11-18-17 |
| aku.com | Purchase | | 13070 | USD | Alejandro Garcia | | 7-25-13 |
| algar.com | Purchase | | 250 | USD | Finance Department C/O Heart Internet Ltd Pete Osmond | | 2-8-16 |
| almi.com | Purchase | | 3475 | USD | BuyDomains.com Keith Murphy | | 9-5-18 |
| artville.com | Purchase | | 2000 | USD | CSC Spurr Jack | | 4-6-15 |
| asbestoslitigation.com | Purchase | | 1250 | USD | DMusic, LLC Tracy Feldman | | 1-17-13 |
| babywalker.com | Purchase | | 2165 | USD | John Middlemas | | 4-6-15 |
| blackthumbs.com | Purchase | | 200 | USD | John Babu | | 9-13-16 |
| buybuy.com | Purchase | | 2577 | USD | SnapNames web.com | | 7-21-18 |
| castleconstruction.com | Purchase | | 100 | USD | Lease Domains, Inc Anthos Chrysanthou | | 7-10-14 |
| ceec.com | Purchase | | 7117 | USD | DE GRUYTER OPEN | | 3-2-17 |
| cheek.com | Purchase | | 7500 | USD | CheekDotCom Software Joseph Cheek | | 1-28-16 |
| chinaflights.net | Purchase | | 218 | USD | Amy Updegrave | | 6-10-09 |
| chinagold.net | Purchase | | 303 | USD | Site HQ Hampton Howe | | 5-14-09 |
| chinese-coins.com | Purchase | | 120 | USD | Kelley Enterprises Edward Kelley | | 11-22-09 |
| chinesecoin.com | Purchase | | 900 | USD | Bart Croughs | | 5-22-10 |
| chinesecoins.com | Purchase | | 16000 | USD | Name Admin Inc. | | 7-11-11 |
| chinesecoins.net | Purchase | | 325 | USD | Kanchana Wattana | | 5-22-09 |
| cigarroller.com | Purchase | | 725 | USD | | | 10-6-14 |
| cleanser.com | Purchase | | 1277 | USD | New Venture Services | | 1-10-14 |
| coinex.com | Purchase | | 2017 | USD | NEPO INC David Nepo | | 8-6-19 |
| computercase.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| datafeed.com | Purchase | | 5000 | USD | Portofino Asset Management Murray Priestley | | 5-25-13 |
| dnas.com | Purchase | | 1999 | GBP | AC ONLINE | | 6-12-18 |

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| doir.com | Purchase | | 2500 | USD | Clutter Media LTD Saidul Chowdhury | | 2-8-17 |
| eese.com | Purchase | | 3600 | USD | | | 1-11-16 |
| ephonenumbers.com | Purchase | | 1177 | USD | Jaccind Corporation Rod Aries | | 8-3-13 |
| fdhc.com | Purchase | | 1600 | USD | | | |
| flyerdesign.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| flyertemplates.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| gax.com | Purchase | | 6606 | USD | Alex Kampa | | 6-23-11 |
| goldprice.us | Purchase | | 4750 | USD | Better Deals Dave Wright | | 1-19-12 |
| gymea.com | Purchase | | 175 | USD | Ronald Boulton | | 7-16-13 |
| hairgrowth.co.uk | Purchase | | 1287 | GBP | Andrew Bryant | | 2-15-13 |
| hairgrowth.com | Purchase | | 12000 | USD | Andrew Bryant | | 1-30-13 |
| hdax.com | Purchase | | 399 | USD | Domaincracy Leo Angelo | | 12-27-17 |
| helloyou.com | Purchase | | 250 | USD | Finance Department C/O Heart Internet Ltd Pete Osmond | | 5-5-16 |
| hfh.com | Purchase | | 39000 | USD | DNS Admin | | 2-6-16 |
| hjtf.com | Purchase | | 800 | USD | | | 2-7-16 |
| hmrf.com | Purchase | | 677 | USD | New Venture Services | | 7-18-17 |
| internetfilter.com | Purchase | | 1999 | USD | J.D. Koftinoff Software, Ltd. Jeffrey Koftinoff | | 8-9-15 |
| iojo.com | Purchase | | 1000 | USD | Techfield LTD Missipsa Benoukaci | | 2-21-15 |
| jin888.cn | Purchase | | 350 | USD | Hangzhou Chuanyehulian Kejiyouxiangongsi Yuandong Xu | | 7-13-09 |
| jtnw.com | Purchase | | 677 | USD | New Venture Services | | 5-25-18 |
| jybi.com | Purchase | | 750 | USD | steve@dyyo.com | | 1-11-16 |
| kton.com | Purchase | | 2000 | USD | AskMySite.com LLC | | 9-9-20 |
| lambo.com | Purchase | | 10000 | USD | John Lambeth | | 2-16-18 |
| londonshows.com | Purchase | | 2077 | USD | New Venture Services | | 2-28-14 |
| londontutors.com | Purchase | | 250 | USD | Mesh Digital Limited Matt Mansell | | 12-20-12 |
| lr2.com | Purchase | | 989 | USD | Anton Olsen | | 9-29-17 |
| lunarcoins.com | Purchase | | 1400 | USD | Cardigan River LLC Timothy Knight | | 5-2-14 |
| marketingstrategies.com | Purchase | | 2999 | USD | Dennis Ryan | | 2-14-15 |
| mdis.com | Purchase | | 750 | GBP | Tim Preston | | 2-22-15 |
| menstrousers.com | Purchase | | 280 | USD | Lease Domains, Inc Anthos Chrysanthou | | 8-8-14 |

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|--------|------|--------|-----------------|----------|--------|-----------|------|
| mftt.com | Purchase | | 800 | USD | Lunabyte, Inc Randall Ache | | 11-7-17 |
| mgnh.com | Purchase | | 577 | USD | New Venture Services | | 1-13-16 |
| mkkm.com | Purchase | | 2000 | USD | Ken MacKenzie | | 2-6-16 |
| moccasin.com | Purchase | | 3077 | USD | New Venture Services | | 1-13-14 |
| muscleaches.com | Purchase | | 495 | USD | Jack Myers | | 1-10-13 |
| newsmedia.com | Purchase | | 5000 | USD | GSY / operations@celestra.net | | 8-19-14 |
| nvl.com, fzv.com | Purchase | | 40178 | USD | Walid El Khoury | | 12-7-15 |
| nvl.com | Purchase | | 7531 | USD | NVL Research Corp. Paul Rieger | | 2-20-15 |
| pictar.com | Purchase | | 297 | USD | Latona´s LLC Rick Latona | | 6-17-16 |
| ptzcamera.com | Purchase | | 123 | GBP | Heng Zhong | | 7-19-14 |
| qtds.com | Purchase | | 483 | USD | Ivan D'Souza | | 2-10-18 |
| rrxm.com | Purchase | | 1067 | USD | HUMAN BEATS EIRL Patricia Matta | | 4-5-17 |
| seoman.com | Purchase | | 999 | USD | Joe Safai | | 12-19-13 |
| severedepression.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| skincaretips.com | Purchase | | 4999 | USD | SecondEffort Jim Phillips | | 1-19-13 |
| soccerhighlights.com | Purchase | | 95 | USD | Austin Durban | | 2-12-18 |
| squarefoot | Purchase | | 4500 | USD | James Comerford | | 10-31-13 |
| stillwaters.com | Purchase | | 1099 | USD | Dotster, Inc. Darcy Enyeart | | 8-4-13 |
| sxrs.com | Purchase | | 877 | USD | New Venture Services | | 4-20-17 |
| tablefootball.com | Purchase | | 899 | EUR | John Middlemas | | 2-27-15 |
| tennesseecredit.com | Purchase | | 350 | USD | Nick Brates | | 12-9-13 |
| toygroup.com | Purchase | | 150 | USD | My Name Ltd Luigi Marruso | | 3-24-15 |
| ufosightings.com | Purchase | | 2077 | USD | New Venture Services | | 1-29-14 |
| umdnj.com | Purchase | | 349 | USD | Latona´s LLC Rick Latona | | 4-14-17 |
| weddinggarter.com | Purchase | | 777 | USD | New Venture Services | | 8-17-14 |
| womensdresses.com | Purchase | | 5077 | USD | New Venture Services | | 1-29-14 |
| wydc.com | Purchase | | 977 | USD | New Venture Services | | 5-11-17 |
| xrnd.com | Purchase | | 449 | USD | Tensyr Niall Dalton | | 2-25-18 |
| 321.cc | Sale | | 800 | USD | | | |
| 1017.com | Sale | | 34000 | USD | | domainnamesales.com | 6-15-18 |
| 06498.com | Sale | | 700 | USD | | Divan Sharma | 1-24-16 |
| 09115.com | Sale | | 649 | USD | | | 3-31-16 |

**ER3053**

| Domain | Type | Status | Acquisition Cost | Currency | Vendor | Purchaser | Date |
|---|---|---|---|---|---|---|---|
| 30188.com, hmrf.com, sxrs.com, u-o.com, goingon.com, rrxm.com | Sale | | 14263 | USD | | Namejet Auction | 10-30-17 |
| aku.com | Sale | | 18000 | USD | | | 3-5-14 |
| almi.com | Sale | | 117500 | USD | | Domain Agents | 8-13-20 |
| asz.com | Sale | | 18888 | USD | | DC Business Consultants LTD | 8-7-23 |
| buybuy.com | Sale | | 95000 | USD | | Domain Agents | 8-17-20 |
| castleconstruction.com | Sale | | 2574 | USD | | Shazad Berenjian | 4-13-16 |
| cleanser.com, fdhc.com, hjtf.com, severedepression.com, ufosightings.com, tablefootball.com, womensdresses.com | Sale | | 12033 | USD | | Namejet Auction | 3-30-17 |
| coinex.com | Sale | | 64.2005 | BTC | | ViaBTC | 10-24-17 |
| fzv.com | Sale | | 23500 | EUR | | | 3-3-16 |
| gax.com | Sale | | 45000 | USD | | DomainBooth FZE LLC | 12-21-22 |
| hairgrowth.com | Sale | | 12750 | USD | | | 8-18-15 |
| hdax.com | Sale | | 25500 | USD | | | 2-18-18 |
| helloyou.com | Sale | | 29740 | USD | | Michael Poignant | 9-15-16 |
| hfh.com | Sale | | 41247 | USD | | | 12-31-16 |
| iojo.com | Sale | | 979 | USD | | Namejet Auction | 12-15-15 |
| kfx.com | Sale | | 9500 | USD | | | 2-26-14 |
| mdis.com | Sale | | 6000 | USD | | | 3-28-15 |
| menstrousers.com | Sale | | 511 | USD | | Namejet Auction | 12-15-15 |
| mkkm.com, mgnh.com | Sale | | 4355 | USD | | Namejet Auction | 4-14-16 |
| moccasin | Sale | | 14000 | USD | | | 11-23-15 |
| muscleaches.com | Sale | | 130 | USD | | Namejet Auction | |
| nkgd.com | Sale | | 900 | USD | | Yang Yicheng | 2-22-18 |
| nvl.com | Sale | | 25000 | USD | | Namejet Auction | 12-31-16 |
| sociology.com | Sale | | 50000 | USD | | Walid Khoury | 8-2-14 |
| squarefoot.com | Sale | | 50600 | USD | | Nik Papic | 9-7-16 |
| wydc.com | Sale | | 1700 | USD | | Shane Cultra | 5-17-17 |
| xrnd.com | Sale | | 1050 | USD | | Yang Yicheng | 3-5-19 |

## VERIFICATION OF INTERROGATORY ANSWERS

I, Richard Blair, verify under oath that I have read the foregoing Responses to Defendant's First Set of Interrogatories and the facts stated therein are true and correct.

Executed on January 15, 2024
London, United Kingdom

Richard Blair (Jan 15, 2024 22:29 GMT)

Richard Blair

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2024, a true and correct copy of the foregoing

Plaintiff's Responses to Defendant's First Set of Interrogatories was served via electronic

mail pursuant to Fed. R. Civ. P. 5 upon:

Lauren A. Watt
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K St., 10th Fl.
Washington, DC 20005
202-771-2600
Email: lwatt@sternekessler.com

Nicholas J Nowak
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K St., 10th Fl.
Washington, DC 20005
202-771-2600
Email: nnowak@sternekessler.com

Dated: January 15, 2024
        Brooklyn, New York

                            By:     /s/Shuyu Wang
                                    Shuyu Wang (*pro hac vice*)
                                    **LEWIS & LIN LLC**
                                    77 Sands Street, 6th Floor
                                    Brooklyn, NY 11201
                                    Tel: (718) 243-9323
                                    Fax: (718) 243-9326
                                    Email: Brett@iLawco.com

                                    *Attorneys for Plaintiff Richard Blair*

# Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| < 1083636.com > | < artville.com > | < cloudginger.com > | < h2o.me > | < moviecapital.com > | < requirementsmanagement.com > | < vaccinatedblood.com > |
| < 11215.com > | < asbestoslitigation.com > | < cnscancer.com > | < highiq.com > | < multiwaysystems.com > | < richchad.com > | < vaccinenanotechnology.com > |
| < 14thdimension.com > | < at888.com > | < cnsdisorder.com > | < howitsgoing.com > | < neuralmodulation.com > | < robotspecies.com > | < voicesimulators.com > |
| < 2000.io > | < atri.com > | < coatomer.com > | < insourcer.com > | < newsmedia.com > | < russiafriend.com > | < weddinggarter.com > |
| < 231126.com > | < babywalker.com > | < coineur.com > | < interestsurge.com > | < niqqas.com > | < russiafriendly.com > | < whichtab.com > |
| < 329915.com > | < basedness.com > | < coineurs.com > | < internalmodels.com > | < nouribrain.com > | < screenwear.com > | < whitegirl.me > |
| < 445.com > | < bioaug.com > | < computability.com > | < internetfilter.com > | < nyip.com > | < semiconductornanocrystal.com > | < wywy.com > |
| < 51195.com > | < bioformer.com > | < computercase.com > | < investorfilter.com > | < oeo.org > | < sexparty.com > | < ztransfer.com > |
| < 5gspecies.com > | < bionanolaser.com > | < covictims.com > | < jqs.de > | < paleochemistry.com > | < sexparty.me > | |
| < 5gvax.com > | < bionanoparticle.com > | < cryptocorp.com > | < jtnw.com > | < pandacoins.com > | < shaakti.com > | |
| < 631522.com > | < bionanoparticles.com > | < cryptoqfs.com > | < jybi.com > | < payyou.com > | < sharedvaults.com > | |
| < 705388.com > | < bionanoplatform.com > | < cryptoson.com > | < ktlk.com > | < pepechad.com > | < shepicks.com > | |
| < 81518.com > | < biotomy.com > | < cuteing.com > | < kton.com > | < pharmacore.com > | < sicos.com > | |
| < 81867.com > | < bitcious.com > | < dappsolutely.com > | < lambo.com > | < pictar.com > | < simpletouch.com > | |
| < 88151.com > | < bn60.com > | < datafeed.com > | < lg20.com > | < pl57.com > | < siriass.com > | |
| < 88287.com > | < booktraders.com > | < developmentzones.com > | < lmd.net > | < policyactions.com > | < skincaretips.com > | |
| < 958113.com > | < braics.com > | < dnas.com > | < londonshows.com > | < polymerasechain.com > | < smashit.me > | |
| < 958551.com > | < brassbase.com > | < duchyestate.com > | < londontutors.com > | < poor.me > | < so2.org > | |
| < 958552.com > | < calipornia.com > | < dw80.com > | < lovedomains.com > | < presidentrogan.com > | < soccerhighlights.com > | |
| < 958553.com > | < carefulonline.com > | < enhancedsensing.com > | < loveyou.xyz > | < privadax.com > | < spermbroker.com > | |
| < adlux.com > | < cashoptimization.com > | < facecrush.com > | < lr2.com > | < professioncorp.com > | < spermbrokerage.com > | |
| < aess.com > | < chadanon.com > | < feelin.me > | < magnetichydrogel.com > | < psychowarfare.com > | < spiritualwonderboy.com > | |
| < aihydrogel.com > | < chelate.me > | < flyerdesign.com > | < marine.link > | < psyop.me > | < spitefulmutant.com > | |
| < aj60.com > | < chineseassets.com > | < flyertemplates.com > | < marketingstrategies.com > | < ptzcamera.com > | < swiftspatial.com > | |
| < akui.com > | < chinesecoin.com > | < fr4.org > | < mftt.com > | < q4ns.com > | < templarcrown.com > | |
| < alchememe.com > | < chinesecoins.com > | < g127v.com > | < ml80.com > | < qb65.com > | < timesing.com > | |
| < alchememes.com > | < cigarroller.com > | < generalfactor.com > | < mneongreen.com > | < qdotnanocrystal.com > | < toygroup.com > | |
| < algar.com > | < ckgy.com > | < givenup.com > | < modulecorp.com > | < qfscloud.com > | < uberchad.com > | |
| < anonchad.com > | < climatard.com > | < globetard.com > | < moleculetherapy.com > | < qtds.com > | < upnotdown.com > | |
| < archaiq.com > | < climitard.com > | < goldprice.us > | < monthlyusers.com > | < reddragonfamily.com > | < v20.org > | |

| domain name | buy now |
| --- | --- |
| **1083636.com** | 10836 |
| **11215.com** | 7500 |
| **14thDimension.com** | 9679 |
| **2000.io** | 9679 |
| **231126.com** | 3751 |
| **329915.com** | 3751 |
| **445.com** | |
| **51195.com** | 9679 |
| **5GSpecies.com** | |
| **5GVax.com** | |
| **631522.com** | 3751 |
| **705388.com** | 4840 |
| **81518.com** | 20568 |
| **81867.com** | 9679 |
| **88151.com** | 7500 |
| **88287.com** | 8828 |
| **958113.com** | 3751 |
| **958551.com** | 3751 |
| **958552.com** | 3751 |
| **958553.com** | 3751 |
| **adlux.com** | 245018 |
| **aess.com** | 871175 |
| **AIHydrogel.com** | 10500 |
| **AJ60.com** | 9679 |
| **akui.com** | 108896 |
| **alchememe.com** | |
| **alchememes.com** | |
| **Algar.com** | 2500000 |
| **AnonChad.com** | 3499 |
| **ArchaIQ.com** | 20568 |
| **artville.com** | 272242 |

| | |
|---|---|
| **AsbestosLitigation.com** | 32669 |
| **AT888.com** | 42348 |
| **ATRI.com** | 653381 |
| **BabyWalker.com** | 96796 |
| **Basedness.com** | 205693 |
| **Bioaug.com** | 11350 |
| **Bioformer.com** | 19000 |
| **bionanolaser.com** | 199000 |
| **bionanoparticle.com** | 88900 |
| **bionanoparticles.com** | 88900 |
| **bionanoplatform.com** | 75000 |
| **Biotomy.com** | 204726 |
| **Bitcious.com** | 49004 |
| **BN60.com** | 9679 |
| **BookTraders.com** | 129465 |
| **braics.com** | 97000 |
| **BrassBase.com** | 3995 |
| **calipornia.com** | 96796 |
| **CarefulOnline.com** | 4995 |
| **CashOptimization.com** | 3499 |
| **ChadAnon.com** | 3499 |
| **chelate.me** | |
| **chineseassets.com** | 54326 |
| **chinesecoin.com** | 314590 |
| **chinesecoins.com** | 249999 |
| **cigarroller.com** | 32547 |
| **ckgy.com** | 32547 |
| **climatard.com** | 3500 |
| **climitard.com** | 3500 |
| **cloudginger.com** | 197000 |
| **cnscancer.com** | 43000 |
| **cnsdisorder.com** | 34000 |

| | |
|---|---|
| **coatomer.com** | 75000 |
| **coineur.com** | 37992 |
| **Coineurs.com** | 14035 |
| **computability.com** | 89000 |
| **ComputerCase.com** | 53238 |
| **covictims.com** | 2700 |
| **cryptocorp.com** | 9679721 |
| **cryptoqfs.com** | 97000 |
| **cryptoson.com** | 140355 |
| **Cuteing.com** | 7995 |
| **dappsolutely.com** | 5439 |
| **datafeed.com** | 500000 |
| **developmentzones.com** | 2500 |
| **dnas.com** | 38996555 |
| **duchyestate.com** | 49999 |
| **dw80.com** | |
| **enhancedsensing.com** | 8989 |
| **FaceCrush.com** | 21657 |
| **feelin.me** | |
| **flyerdesign.com** | 32664 |
| **FlyerTemplates.com** | 4350 |
| **FR4.org** | 6534 |
| **g127v.com** | |
| **generalfactor.com** | 13062 |
| **givenup.com** | 9801 |
| **globetard.com** | 4750 |
| **GoldPrice.us** | 49004 |
| **h20.me** | 3500 |
| **highiq.com** | 314590 |
| **howitsgoing.com** | 14495 |
| **Insourcer.com** | 21779 |
| **InterestSurge.com** | 3499 |

| | |
|---|---|
| **InternalModels.com** | 3995 |
| **internetfilter.com** | 245018 |
| **investorlist.com** | 83306 |
| **JQS.de** | 72961 |
| **jtnw.com** | 25046 |
| **jybi.com** | 37025 |
| **KTLK.com** | 28858 |
| **kton.com** | 204726 |
| **Lambo.com** | 75000000 |
| **lg20.com** | 37025 |
| **lmd.net** | 59893 |
| **LondonShows.com** | 10884 |
| **LondonTutors.com** | 6528 |
| **lovedomains.com** | 42348 |
| **loveyou.xyz** | 23450 |
| **lr2.com** | 98006 |
| **magnetichydrogel.com** | |
| **marine.link** | 98007 |
| **marketingstrategies.com** | 217794 |
| **mftt.com** | 87117 |
| **ml80.com** | 27224 |
| **mneongreen.com** | |
| **ModuleCorp.com** | 3995 |
| **moleculetherapy.com** | 23500 |
| **monthlyusers.com** | 3450 |
| **MovieCapital.com** | 196014 |
| **MultiwaySystems.com** | 20690 |
| **neuralmodulation.com** | 8788 |
| **newsmedia.com** | 4355874 |
| **Niqqas.com** | 4995 |
| **Nouribrain.com** | 11870 |
| **nyip.com** | 544484 |

**ER4062**

| | |
|---|---|
| **oeo.org** | 204726 |
| **paleochemistry.com** | |
| **pandacoins.com** | |
| **PayYou.com** | 544484 |
| **pepechad.com** | 7988 |
| **pharmacore.com** | 1088969 |
| **pictar.com** | 359360 |
| **pl57.com** | 18512 |
| **policyactions.com** | 2499 |
| **PolymeraseChain.com** | 29888 |
| **poor.me** | 25046 |
| **presidentrogan.com** | 119787 |
| **Privadax.com** | 8712 |
| **ProfessionCorp.com** | 9999 |
| **psychowarfare.com** | |
| **psyop.me** | |
| **ptzcamera.com** | 38114 |
| **q4ns.com** | |
| **qb65.com** | 38114 |
| **qdotnanocrystal.com** | |
| **qfscloud.com** | |
| **qtds.com** | 18512 |
| **reddragonfamily.com** | |
| **requirementsmanagement.com** | 38114 |
| **RichChad.com** | 49888 |
| **robotspecies.com** | |
| **russiafriend.com** | |
| **russiafriendly.com** | |
| **Screenwear.com** | 38114 |
| **semiconductornanocrystal.com** | |
| **SexParty.com** | 1633453 |
| **sexparty.me** | |

| | |
|---|---|
| **shaakti.com** | 38114 |
| **sharedvaults.com** | 3450 |
| **ShePicks.com** | 9801 |
| **sicos.com** | 47500 |
| **simpletouch.com** | 272242 |
| **Siriass.com** | 4247 |
| **skincaretips.com** | |
| **smashit.me** | 4950 |
| **SO2.org** | 16335 |
| **SoccerHighlights.com** | 5445 |
| **spermbroker.com** | |
| **spermbrokerage.com** | |
| **spiritualwonderboy.com** | |
| **spitefulmutant.com** | 21779 |
| **SwiftSpatial.com** | 3499 |
| **TemplarCrown.com** | 3300000 |
| **Timesing.com** | 9995 |
| **ToyGroup.com** | 4356 |
| **uberchad.com** | 2988 |
| **UpNotDown.com** | 4750 |
| **V20.org** | 19601 |
| **vaccinatedblood.com** | |
| **VaccineNanotechnology.com** | 4999 |
| **voicesimulators.com** | 4250 |
| **WeddingGarter.com** | 8712 |
| **WhichTab.com** | 5445 |
| **whitegirl.me** | |
| **wywy.com** | 544484 |
| **zTransfer.com** | 4356 |

# Exhibit C



lambo.com is coming soon

We are preparing for launch. See you soon.

# Exhibit D

PI_000087

## Add Subscribers

Only channel admins can see this list.

CONTACTS IN THIS CHANNEL

 Lambo < bss.org >

 Artur

 Pankaj Lehar

 Ledi Salillari

OTHER SUBSCRIBERS

 ceec_mysql2es_process



# Ceec DevTeam Comms

5 subscribers

**Mute** — **Discuss** — **More**

| Administrators | 2 > |
|---|---|
| Subscribers | 5 > |
| Removed Users | > |

**Media** — Files — Links



JULY 2023



- no direct messages
- no keyword search
- no web interface
- no monetization
- no following tab
- no bookmarks
- no hashtags
- no deleting
- no lists
+data harvesting

JUNE 2023





Exhibit E



Username or Email Address

Password

☐ Remember Me

**Log In**

Lost your password?

# Support

Your Comprehensive Guide to Navigating and Maximizing Ceec



## Section 1: Ceec

1.1 **About Ceec**: Ceec is your personalized gateway to the digital world, designed to enhance your online experience. It simplifies navigation, boosts productivity, and fosters community-driven networking. With Ceec, you're not just using a tool; you're embracing an experience that values your time and attention, transforming the typical search box into a hub of customized engagement.

1.2 **How Ceec works**: At the heart of Ceec is the search box, a central point simplifying the complexity of the internet into a user-friendly experience. This platform enriches standard web activities like searching, bookmarking, and discovering new sites with insightful and customizable features, catering to a wide array of user needs.

1.3 **Ceec's Features**: Explore our features for a detailed look at what Ceec offers.

1.4 **Why choose Ceec?**: Ceec is more than just a platform; it's a movement towards a more efficient and user-focused internet experience. It's a space where efficiency and user satisfaction are paramount. We challenge the norms of the attention economy, focusing on a user-first approach.

1.5 **The Creators of Ceec**: Ceec was developed by "Lambo" and a team of dedicated developers, each committed to delivering a unique, empowering internet experience.

## Section 2: Mastering Root Search

2.1 **How to Conduct a Root Search**: Type keywords on the main page to start your search. Ceec matches your queries against a diverse range of data including webpages, book titles, TV shows, and more.

2.2 **Understanding Data Variations.**: Data presentation varies based on the number of characters in your search. For example, webpage results appear with six characters, while book and TV show results require ten.

2.3 **Navigating to Root**: To return to the root level, simply press the Escape (Esc) key.

## Section 3: Exploring with Browse

3.1 **Browsing Made Easy**: Start browsing by pressing the down arrow from root or click the browse button below the search box.

3.2 **What is Browse?**: The Browse feature organizes about 60,000 major websites into over 380

**ER-071**

categories for easy exploration. This includes approximately 40 parent categories and 340 child categories.

3.3 **Parent and Child Categories**: Our categories range from AI to wellness, covering a wide array of interests.

3.4 **Inclusive Categories**: We include a variety of categories, respecting the diverse interests and rights of users. Our approach emphasizes free speech and informed choice.

3.5 **Content Policy**: Currently, adult content is actively filtered out of Ceec. Any future changes will be implemented with careful consideration to accessibility and user experience.

## Section 4: Utilizing Bookmarks in Ceec

4.1 **The Power of Bookmarks**: Bookmarks in Ceec are more than just placeholders. They're a dynamic way to organize and access your frequently visited websites quickly. With Ceec's bookmarking system, you can save, categorize, and even share your favorite pages with ease.

4.2 **How to Bookmark**: Bookmarking is straightforward. While highlighting something you wish to save, simply press the tab key then bookmark. Your item is instantly saved to your personalized list.

4.3 **Managing Your Bookmarks**: Ceec offers tools to edit, categorize, and even share your bookmarks. Keep your favorite online destinations organized and accessible.

4.4 **Sharing Bookmarks**: Share your bookmarks with others directly from Ceec. This feature is perfect for collaborative projects or when you want to recommend a great find to friends or colleagues. Press the tab key then share.

## Section 5: Mastering Search with Ceec

5.1 **Understanding Ceec's Search Functionality**: Ceec's search engine is designed for precision and speed. Start searching by pressing the right arrow from root or click the search button below the search box. Unleash thousands of engines for your web experience.

5.2 **Conducting a Search**: Start your search journey selecting your engine and typing in keywords for your query.

5.3 **Personalized Search Experience**: With Ceec, your searches become more intuitive over time. The system learns from your past queries and preferences, continually enhancing the relevance of your search results.

5.4 **Searching Across Different Media**: Ceec's search capability extends to various types of media, including web pages, images, videos, and more. This wide range ensures you have access to comprehensive information across formats.

5.5 **Customizing Search Settings**: Personalize your search experience with customizable settings. Adjust preferences to suit your browsing style for a more personalized interaction. Select line 1, "Search", for Search Settings.

## Section 6: Navigating Your History in Ceec

6.1 **The Importance of History**: Ceec's history function serves as a digital diary of your online journey. It allows you to revisit previously explored sites, ensuring you never lose track of important information.

6.2 **Accessing Your History**: Easily access your browsing history through a dedicated history tab. This feature organizes your past online activities, providing a chronological view of the websites you've visited.

6.3 **Managing History**: With Ceec, managing your history is simple. You can clear specific entries or your entire history, depending on your preference. This flexibility ensures your browsing history remains private and relevant.

6.4 **Learning from Your History**: Ceec's history is not just a record; it's a tool for learning and discovery. Reflect on your past searches to identify trends, find frequently visited sites, and revisit your digital steps.

## Section 7: Leveraging Ceec's Network Features

7.1 **What is Ceec's Network?**: Ceec's network feature is a unique aspect that sets it apart from traditional search engines. It's a community-driven platform where users can connect, share, and discover together.

7.2 **Building Your Network**: Create your network within Ceec by connecting with other users. This feature allows for the sharing of ideas, bookmarks, and search habits, fostering a collaborative environment.

7.3 **Exploring Shared Content**: Dive into a world of shared content within your network. Discover what others are exploring and gain insights from the collective knowledge of the Ceec community.

7.4 **Privacy and Control**: Your participation in Ceec's network is under your control. Choose how much you share and with whom, ensuring your online experience aligns with your privacy preferences.

## Section 8: Organizing with Folders

8.1 **Using Folders in Ceec**: Folders in Ceec offer a streamlined way to organize your bookmarks and history. They help you categorize your web activities for easy retrieval and efficient management.

8.2 **Creating and Managing Folders**: Create folders by selecting the 'New Folder' option in your bookmarks or history tab. Organize your content by assigning items into new or existing folders, making your browsing experience more structured and accessible.

## Section 9: Customizing with Icons

9.1 **Personalizing with Icons**: Ceec allows you to personalize your experience with custom icons. Use icons to visually distinguish between different bookmarks, folders, or tabs, enhancing your ability to navigate quickly and efficiently.

9.2 **Setting Up Icons**: Choose from a variety of icons provided by Ceec to add a personal touch to your bookmarks and folders. This customization enhances the visual appeal and usability of your interface.

## Section 10: Managing Favorites

10.1 **Adding Favorites**: Favorites in Ceec are a quick way to access your most visited sites. Add a website to your favorites by clicking the 'star' icon, making it readily accessible from your Ceec homepage.

10.2 **Organizing Favorites**: Rearrange and manage your favorites for optimal convenience. This feature allows you to keep your most important and frequently used sites at your fingertips.

## Section 11: Understanding Ads & Loader

11.1 **Advertisements in Ceec**: Ceec's approach to advertising respects your browsing experience. Ads are minimally invasive, ensuring they don't detract from your online activities and excluded from Full and Enhanced Private Memberships.

**ER-073**

11.2 **The Loader Feature**: Ceec's loader is a momentary pause for some members before forwarding to the destination. This feature contains a variable time delay of up to 10 seconds.

## Section 12: Navigating Ceec with Arrow Keys

12.1 **Interactive Navigation with Arrow Keys**: Ceec's user interface is intuitively navigable using arrow keys, each triggering a specific state from the root:

> **Left Arrow Key**: Opens your bookmarks.

> **Right Arrow Key**: Leads to search options.

> **Down Arrow Key**: Allows you to browse categories.

> **Up Arrow Key**: Displays your browsing history.

Each of these states presents a streamlined approach to accessing key features of Ceec, enhancing your digital experience.

## Section 13: Customizing and Managing State Settings

13.1 **Tailoring Your Experience: State Settings**: Each state in Ceec is equipped with customizable settings to suit your preferences:

**Accessing State Settings**: In any state, the top line shows the selected modality with its icon. Pressing ENTER/RETURN or clicking unveils the settings for that state, offering choices like tooltips, sorting methods, filters, and other specific adjustments.

**Actionable Options**: Within each state, select a line item and press the tab key to reveal possible actions, such as deleting a bookmark or history entry, adding bookmarks, organizing items into folders, and more. These actions are tailored to enhance management and organization within each state.

## Section 14: Understanding Memberships in Ceec

14.1 **Overview of Membership Levels**: Ceec offers various membership levels to cater to different user needs and preferences. Understanding these levels helps you choose the one that best suits your online experience.

14.2 **Opt-In Membership**:

> **Description**: The basic entry level, available to all users. **Features**: The basic entry level, available to all users. **Ideal for**: Users who want to explore Ceec's fundamental features.

14.3 **Associate Membership**:

> **Description**: A step above Opt-In, offering enhanced features. **Features**: Includes all Opt-In features, plus additional functionalities like personalized bookmarks and history tracking. **Ideal for**: Users seeking more personalized interaction with Ceec.

14.4 **Full Membership**:

> **Description**: A comprehensive membership for regular users. **Features**: Encompasses all features of Associate Membership, with added benefits like advanced search options and network features. **Ideal for**: Users who frequently use Ceec for various online activities.

14.5 **Enhanced Membership**:

> **Description**: The highest level of membership, offering the full range of Ceec's capabilities.

**ER-074**

**Features**: Includes all Full Membership features, plus exclusive access to new tools and beta features. **Ideal for**: Power users who want to maximize their Ceec experience and access cutting-edge features.

14.6 **Upgrading Your Membership**: Upgrading your membership is easy and can be done directly from your Ceec account settings. Choose the level that aligns with your usage and desired features.

## Section 15: Helpful Resources

**Contact Us**: For further assistance, feedback, or inquiries, contact our support team.

Last updated March, 8 2024

Home | Explore | Memberships | Guidelines | Privacy | Terms |

Contact

Copyright © 2024 CEEC. All rights reserved.

ER-075

Exhibit F

PI_000378

Sep 17, 2020 11:08 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954721
I am Lambo, Q&amp;A Anything with Me
Message: Utimately it's a shift of perspective that she'll need. One way to invoke is through gratitude and
if that goes up her priority list quickly, I'm sure you'll be fine. If she can believe it's her own idea, or
realization - so will it have staying power. You can't force or wield this. Just...
Sep 17, 2020 10:23 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954652
I am Lambo, Q&amp;A Anything with Me
Message: My first after market purchase was in 2008. First hand reg perhaps a yr or two prior. I closed a
~$500k sale for coinex(dotcom), with M.O I'm gonna moniker a dotcom of mine, otherwise what kind of
domainer would I be?! As for Lambo, a confluence of interests and an icon that makes me smile.
Sep 17, 2020 9:21 PM

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/
I am Lambo, Q&amp;A Anything with Me
Message: Hello, :brb: If you have any questions about me or domain industry, I'll be happy to share in the
spirit of how it flows generously by those who have walked in terrains of bounty. Thanks to my teachers
like: Mr. Frank Schilling Mr. Andrew Rosener Mr. Rick Schwartz Mr. Mike Berkens Also...
Sep 17, 2020 9:11 PM
Replies: 116

Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/is-you-are-ready-to-spend-600-assistance-to-the-
unemployed-for-domain.1208765/post-7954626
Is you are ready to spend $600 assistance to the unemployed for domain?
Message: Elevator pitch?
Sep 17, 2020 8:56 PM

Section: https://www.namepros.com/forums/domain-beginners.25/
Domain Beginners
Thread: https://www.namepros.com/blog/getting-creative-right-of-the-dot.1208747/comment-7954556
Prominence: information
Title: Getting Creative Right Of The Dot
Message: -
Sep 17, 2020 7:50 PM

Section: https://www.namepros.com/blog/
NamePros Blog



PRO
VIP
●●●●●●●●●●
Impact: 11,519

Short catchy
dot com
brands.

**Community favorite**
Afternic experiment of
April 2024
75 points · AbdulBasit.com

**Popular this month**
Beware of greedy
member
18 points · 237 replies

Sold 3L Domain on SEDO
for 6 digit USD - Buyer not
willing to pay
18 points · 100 replies

1Money.com Sold For
$40,000 USD At Atom
19 points · 49 replies

I bid on a domain with a
huge premium renewal at
GD auction, by mistake.
15 points · 54 replies

The .xyz registry seems
quite influential
2 points · 48 replies

**Blog favorites**
How To Save Money On
Domain Names
9 comments · Bob Hawkes

Top Topics: Pose.com sold
for $302k; GoDaddy
doubles price of
brokerage fee; Two fresh
.AI sales; ChatGPT.com
sale story; Jeff Gabriel's
story at SAW
1 comment · Acroplex

☐ Spatial Sidebar (Beta)
The sidebar remains visible by
scrolling at a speed relative to
the page's height.

**18** ⌄  « 16 Like  1 Thanks                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 12 points                                        < ⤴ #6

**lambo.com**
👤 Top Member
VIP
Impact: 5,555

johnn said: ⊕
May be you can help me.
How can I stop my wife from whining and complaining.
Thanks

Ultimately it's a shift of perspective that she'll need.

One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine.

If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just grow
seeds and own a positive masculinity.

It will need to be in her own self interest, and gratitude is self-serving in bringing perspective for the blessings in one's
life - no matter who you are or your predicament.

Good luck.

↩Reply

⌃ **12** ⌄  « 11 Like  1 Thanks                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 6 points                                        < ⤴ #7

**NB**

**NickB**
🔒 it's a mystery
VIP
Impact: 17,476

johnn said: ⊕
May be you can help me.
How can I stop my wife from whining and complaining.
Thanks

She's always complaining according to you, pretty sure you secretly enjoy it...

↩Reply

⌃ **6** ⌄  « 3 Like  1 Thanks  1 Agree                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 3 points                                        < ⤴ #8

**AK85**
👤 Top Member
VIP
Impact: 856

lambo.com said: ⊕
Hello, 😊
If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who
have walked in terrains of bounty.

Thanks to my teachers like:

Mr. Frank Schilling

Click to expand...

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🤑

Amr

↩Reply

⌃ **2** ⌄  « 2 Like  1 Thanks                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 9 points                                        < ⤴ #9

**lambo.com**
👤 Top Member
VIP
Impact: 5,555

Paltzar said: ⊕
May I ask you how to sell your domains, is it through the market, or do you send emails to interested people
and the last one which market do you prefer to sell your domains?

only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my
domains are actively for sale really, I do incubate, nurture and build too.

To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset class - a key tenet
of optimal planning and business strategy for businesses - and from there, shilling some of my crown jewels.

Last edited: Sep 17, 2020

↩Reply

⌃ **9** ⌄  « 7 Thanks  2 Like                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 3 points                                        < ⤴ #10

**lambo.com**
👤 Top Member
VIP
Impact: 5,555

AK85 said: ⊕
Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🤑

Amr

haha, can't say that happened on this my friend 😎

↩Reply

⌃ **3** ⌄  « 2 Like  1 Thanks                    Quick reply

---

⏱ Sep 17, 2020 · ⓘ 9 points                                        < ⤴ #11

**Sutruk**
👤 Top Member
VIP
Impact: 12,420

lambo.com said: ⊕
I closed a ~$500k sale for coinex(dotcom), with M.O

Hi Lambo,

First of all thanks for sharing this biggest sale, and congra[...]

I remember now seeing your post where you said you rejected an offer of $250k for this domain, but at that moment you didn't disclose the final price, so thanks for sharing the final price of this gem!

Very good negotiation by the way, I could not have rejected a $250k offer! But it's very clear that to reach the $500k, you have to previously reject lower but also tempting offers....

My question would be, on the sale of coinex, did you have a for sale page? or had a running website?
How did the buyer reach to you? and did you get to know who was the buyer before closing the deal?

Thanks in advance and congrats for this sale and for your latest ones, the buybuy and the almi ones!

Last edited: Sep 17, 2020

↪ Reply

| ^ | 9 | ∨ | « | 7 | Like | 2 | Thanks |

💬 Quick reply

---

🕐 Sep 17, 2020 · ⓘ 5 points                                    ⤴ #12

**Samer**
👤 Top Member
VIP
●●●●●●●●●
Impact: 25,074

You sold LLLL.com; and reported sales NB;

But you didnt say the actual venue;
which makes a world of difference; even if sold the LLLL LLL.com

Lambo sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**

**i hate that Namebio lied about the venue;**
**So messed up, @Michael**
Neither of them sold at ASZ.com;
Even if sold them; dont appreciate lie venue

| Domain ↕ | Price ↕ | Date ▼ | Venue |
|---|---|---|---|
| almi.com | 117,500 USD | 2020-08-14 | ASZ.com |
| almi.com | 3,475 USD | 2018-09-05 | BuyDomain |

| Domain ↕ | Price ↕ | Date ▼ | Venue |
|---|---|---|---|
| buybuy.com | 95,000 USD | 2020-08-20 | ASZ.com |

Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
This blatant lying, even for promotion, is wrong

Where did sell @lambo.com?

Last edited: Sep 17, 2020

↪ Reply

| ^ | 5 | ∨ | « | 5 | Like | 1 | Thanks | 1 | Dislike |

💬 Quick reply

---

🕐 Sep 17, 2020 · ⓘ 3 points                                    ⤴ #13

**lambo.com**
👤 Top Member
VIP
Impact: 5,555

> Samer said: ⓘ
> Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
> @lambo.com?

newsmedia.com not open to this, no

Last edited: Sep 17, 2020

↪ Reply

| ^ | 3 | ∨ | « | 2 | Like | 1 | Thanks |

💬 Quick reply

---

🕐 Sep 17, 2020 · ⓘ 9 points                                    ⤴ #14

**Sutruk**
👤 Top Member
VIP
Impact: 12,420

> Samer said: ⓘ
> You sold LLLL.com; and reported sales NB;
>
> But you didnt say the actual venue;
> which makes a world of difference; even if sold the LLLL LLL.com
>
> Lambo sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**
>
> i hate that Namebio lied about the venue;
> Click to expand...

If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Last edited: Sep 17, 2020

↪ Reply

| ^ | 9 | ∨ | « | 4 | Like | 4 | Agree | 1 | Thanks |

💬 Quick reply

---

🕐 Sep 17, 2020 · ⓘ 6 points                                    ⤴ #15

**lambo.com**
Top Member
VIP
Impact: 5,555

Sutruk said: ⓘ

If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Winner! 😄
we have someone who understands what a domain is and means!

Last edited: Sep 17, 2020

⤷ Reply

∧ 6 ∨    «    4  Like    Thanks                                    Quick reply

---

**Samer**
Top Member
VIP
●●●●●●●●●
Impact: 25,074

⏱ Sep 17, 2020 · ⓘ 3 points                                       ⤴ #16

lambo.com said: ⓘ

newsmedia.com not open to this, no

Thank you for your honest answer.

Good luck Lambo;I'll continue fight change this

Against NameBio!! yu grandfather claused 😄
Better ways to encourage sharing is caring.

With you; i dont even doubt the sale;
act makes more sense y u chose ASZ instead
Six figure sale; you; Of course you'll try get most exposure; i'l try harder to guilt Michael ; )

Last edited: Sep 17, 2020

⤷ Reply

∧ 3 ∨    «    2  Like    1  Thanks                                  Quick reply

---

**polymorph**
🏠 Addicted
Impact: 235

⏱ Sep 18, 2020 · ⓘ 4 points                                       ⤴ #17

Your best handreg?

⤷ Reply

∧ 4 ∨    «    3  Like    Thanks                                    Quick reply

---

**lambo.com**
Top Member
VIP
Impact: 5,555

⏱ Sep 18, 2020 · ⓘ 4 points                                       ⤴ #18

polymorph said: ⓘ

Your best handreg?

**AT888(.com)**

⤷ Reply

∧ 4 ∨    «    3  Thanks    1  Like                                  Quick reply

---

**Cannuck**
🏠 420 friendly
VIP
Impact: 14,332

⏱ Sep 18, 2020 · ⓘ 3 points                                       ⤴ #19

@lambo

Thanks for giving back...I'm curious, how many domains do you typically hold?

⤷ Reply

∧ 3 ∨    «    2  Like    1  Thanks                                  Quick reply

---

**lambo.com**
Top Member
VIP
Impact: 5,555

⏱ Sep 18, 2020 · ⓘ 10 points                                      ⤴ #20

Cannuck said: ⓘ

@lambo

Thanks for giving back...I'm curious, how many domains do you typically hold?

100-250

⤷ Reply

∧ 10 ∨    «    5  Thanks    4  Like    1  Agree                    Quick reply

---

**Millionaire**
Top Member
VIP
Impact: 1,894

⏱ Sep 18, 2020 · ⓘ 5 points                                       ⤴ #21

lambo.com said: ⓘ

100-250

Hi Lambo

Thanks for the opportunity!

1. What is your STR for this small portfolio?
2. I'm assuming that majority of them are premium high-quality domains, what is your yearly revenue in dollars?
3. How much do you spend on acquisition currently?
4. The highest you paid for any domain to acquire it for reselling?
5. What is the best place or way to acquire premium high-quality domains at reasonable reseller price? Like an auction, private acquisition etc?

Regards

⤷ Reply

∧ 5 ∨    «    3  Like    2  Thanks                                  Quick reply

---

⏱ Sep 18, 2020 · ⓘ 6 points                                       ⤴ #22

lambo.com said: ⊕

100-250

That's an inspiring number. Quality over quantity.
With all the marketplaces around(Afternic, Dan, Uni, sedo etc).. what is the best landing page option to produce more sales and inquiries IYO?

↰Reply

**ivey**
Top Member
VIP
••••••••••
Impact: 4,932

| ^ | 6 | ∨ | ⚡ | 4 | Like | 2 | Thanks | | 🗩 Quick reply |

---

Sep 18, 2020 · Ⓞ 9 points                                                          ⌗ #23

Hi Lambo,

Can you share your motivation to buy wywy? Any plans to develop it?

↰Reply

**Silentptnr**
🏠 Domains88.com
VIP
Impact: 47,111

| ^ | 9 | ∨ | ⚡ | 6 | Like | 2 | Thanks | 1 | Agree | | 🗩 Quick reply |

---

Sep 18, 2020 · Ⓞ 7 points                                                          ⌗ #24

Silentptnr said: ⊕

Hi Lambo,

Can you share your motivation to buy wywy? Any plans to develop it?

I'm just speculating here but I'm guessing his decision probably has to do with ABAB.com rarity. It's the second rarest LLLL.com pattern outside of the AAAA.com (quad repeating). Also given that its quad premium CHIP as well it could have many, many pinyin meanings.

Such a name is extremely hard to find...and also even harder to replace if sold so it should command a high figure.

Last edited: Sep 18, 2020

↰Reply

**slader23**
🏠 Always On The
Bleeding Edge.
VIP
Impact: 5,139

| ^ | 7 | ∨ | ⚡ | 5 | Like | 2 | Thanks | | 🗩 Quick reply |

---

Sep 18, 2020 · Ⓞ 2 points                                                          ⌗ #25

What are the advices for newbies and how we found and determine the value of the domain , and how to find potential buyers for the domain.

↰Reply

**M Usman**
🧑 Established
Member
Impact: 159

| ^ | 2 | ∨ | ⚡ | 1 | Like | | Thanks | | 🗩 Quick reply |

---

‹ Prev          Page  1  2  3  4  5                          › Next

Log in or sign up to reply here.

---

**Similar threads**

(abacusapes.com) A very big list of names - .com that will be expired tomorrow                                    4 replies          Mar 9, 2016
alonn · Mar 8, 2016 · Domain Expiration and Domain Drop Catching · domain name, expired...   4K views          alonn

---

Share: 📘 𝕏 🟠 📌 ⓣ Ⓞ ✉ 🔗

✎ 📱 NamePros Light   2:03 PM Etc/UTC          Contact us   Status   Advertise   Do Not Sell My Personal Information   Terms   Privacy policy   Help   🟧

**Domaining**          Copyright © 2003-2024 NamePros

Exhibit G

### Lambo
Earth Plane

## Account
Security notifications, change number

## Privacy
Block contacts, disappearing messages

## Avatar
Create, edit, profile photo

## Chats
Theme, wallpapers, chat history

## Notifications
Message, group & call tones

## Storage and data
Network usage, auto-download

## App language
English (device's language)

## Help
Help center, contact us, privacy policy

## Invite a friend

# Exhibit H



Lambo < bss.org > ⭐
online

## Account

+1 (510) 800-8000
Tap to change phone number

@lambodotcom
Username

Lambo.com
Bio

## Settings

💬 Chat Settings

🔒 Privacy and Security

🔔 Notifications and Sounds

  

# Subscribers

Add subscribers

Invite via Link

Contacts in this channel

πατρίκιος
joined 22.10.22 at 8:56 PM

Lambo < bss.org >
online

Other subscribers

NOZIM
joined Jan 01 at 11:51 PM

Airqfu
joined Dec 31 at 5:51 AM

Elizabeth Sandoval
joined Dec 30 at 11:42 AM

Tim R
joined Dec 29 at 6:29 PM

Rhonda
joined Dec 26 at 3:18 PM

L Bo
joined Dec 26 at 4:21 AM

Zdravko Demirev



# Administrators

PI_000539

Add Admin

Lambo < bss.org >
Owner

You can add admins to help you manage your channel.
Press and hold to remove admins.

# Exhibit I

PI_000541

https://twitter.com/lambo_com

# X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

Lambo
@lambo_com

## Lambo
2,845 posts



Edit profile

### Lambo
@lambo_com

i am lambo.

Sun of the Most High. Domain Prince.

There is no religion higher than Truth.

🔗 lambo.com    📅 Joined August 2018

**98** Following    **84** Followers

| Posts | Replies | Highlights | Media | Likes |

📌 Pinned
Lambo @lambo_com · Oct 14, 2023
Hello Ceec.

🔍 Search

## You might like

**Jenn**
@jenn424_          Follow

**Jake Shields** ✓
@jakeshieldsajj    Follow

**PFC_No1**
@JENEA_stadium     Follow

Show more

## What's happening

Sports · Trending
**UFC 300**
2,432 posts

Only on X · Trending
**#occhiamin**
Trending with Nico Occhiato, #nadiedicenada

Trending in Argentina
**nati jota**

Politics · Trending
**Ivanka**
4,613 posts

Trending in Argentina
**Fondo Monetario Internacional**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

Messages

ER-091

# Exhibit J

(76 of 141), Page 76 of 141
Case: 24-6839, 03/03/2025, DktEntry: 15.3, Page 76 of 141
Case 2:22-cv-01439-ROS   Document 59-12   Filed 06/03/24   Page 2 of 5

PI_000089



PI_000089



https://www.namepros.com/members/lambo-com.964847/

2024-01-15T15:17:15-05:00

## namePros
Buy, Sell, Discuss Domain Names

dynadot · .ai · .AI Expired Auctions now available!
Auctions start the last Friday of every month

Forums ▾ | Discover ▾ | News ▾ | Buy | Sell | Requests | Appraisals | More ▾ | **Members** | Log in | Register | 🔍 Search

Current visitors | Verified members | New profile posts | New feedback | Search profile posts

Forums › Members ›

🚀 spaceship — A .com for only $2.88 is closer than you think — COMPROS — Promo code: cool.com

### We're social
Facebook | Twitter | LinkedIn
YouTube | Articles

**lambo.com**

VIP

👤 Top Member
Joined: Mar 19, 2015
Last seen: 30 minutes ago

100% · 11 · Feedback

LICENSED INSURED GOVERNMENT AUDITED — ESCROW.COM

| Posts | Impact | Trophy points |
|---|---|---|
| 2,484 | 5,532 | 3,464 |

Find ▾

### New posts

- **5L .COMs: Rubda $23, Zayub $15, ETHpo $25**
  Post by BestLinks.win
- **Stoplight Party . com - Starting at $5 - Aged 16 Years, High U.S. Search Volume (1900) - BIN: $20**
  Post by BestLinks.win
- **ETFGrp.com + EthereumFund.net + BlockchainEthereum.com + DAOGrp.com + ETFFund.org +DAOPolicy.com**
  Reply by LH1
- **Adam Dicker sells Six Figure .CA Domain**
  18 posters · GoKaizen
- **TheOrkneys.com for sale - $20**
  Reply by Krane65
- **DAN.COM Domain Marketplace (Official Thread)**
  472 posters · DomainRecap

Profile posts | Latest activity | Postings | Feedback | About

**lambo.com** · Sep 3, 2022

NP Prisoner

Like | Thanks

💬 Quick reply

**lambo.com** · Sep 17, 2020

Sharing the wealth of knowledge for the precocious adaptive

2 Like | Thanks

💬 Quick reply

**lambo.com** · Aug 9, 2020

NP Prisoner

1 Like | Thanks

💬 Quick reply

**lambo.com** · Mar 4, 2018

Started from the bottom now I'm here

3 Like | Thanks

💬 Quick reply

### Auction activity

- SpatialUltimate.com For ...
- ShinyDomains.com Start...
- Brief-Beschwerer.com 1...
- SendQuiz.com
- ecomrealm.com

Domain Back Orders
No Auctions!
DOMAINRECOVER.NET

### Polls of interest

- **Compared to a year ago, is your total dollar spend on domain acquisitions going up or down?**
  28 replies · 224 voters
- **Let's decide which top-level domain (TLD) you prefer for your new tech brand**

PI_000638

What's the best price?
42 replies · 132 voters

**Popular this week**

What's your preferred method for verifying SEDO domains?
16 posters · 17 replies

Creative.tech $3k registration fee?
6 posters · 12 replies

Sedo - Offer views vs Uniques. Question on my numbers
6 posters · 15 replies

Why Domain Names are Tough to Sell?
9 posters · 9 replies

Google starting .AND , Thoughts,discussion & news
3 points · 7 replies

**Community favorite**

The Top 100 Domain Name Sales in 2023
56 points · Bob Hawkes


COSMOTOWN
Unlimited .com domains for $6.99
cosmotown.com
SEARCH NOW

**Popular this month**

Using "POT" when "WEED" is not available?
1 point · 32 replies

2023 UDRP roundup and one more for luck?
49 points · 32 replies

PYZDA.COM got offer. Sell or not?
17 posters · 24 replies

Rick Schwartz answers some questions on why he dipped his toe in the .ai pool
18 points · 23 replies

Bloomberg Finance L.P. v. Igor Gabrielan and his cat Bloomberg
12 posters · 52 replies

**Blog favorites**

A Dozen Things To Consider As We Start 2024
3 comments · Bob Hawkes

Top Topics: Domain verification on Sedo; Cemal from Turkey; Premium .tech domain pricing; Afternic verification woes; How hard is it to sell domains?
2 comments · Acroplex

Top Topics: Incorrect WHOIS data; Weed vs. Pot; Rick Schwartz taps .AI; Stop faux listings at Afternic; GoDaddy Auctions & deadbeats
7 points · Acroplex

NamePros Light   8:16 PM Etc/UTC

Contact us   Status   Advertise   Do Not Sell My Personal Information   Terms   Privacy policy   Help

Domaining
Recommends this site

Copyright © 2003-2024 NamePros

# Exhibit K



ER-098                                    PI_000086

# Exhibit L

PI_000532



**Advanced Think...** @AdvThin... · Aug 28, 2020    •••

Replying to @lamboDotcom

I appreciate the sentiment, but I can't accept ~$75 out of the blue without giving anything in exchange.

It just doesn't feel right to me.

Still, I take your initiative as a compliment.

Thank you, **Lambo** :)

   

PI_000532

Case 2:23-cv-01409-ROS Document 39-24 Filed 00/03/24 Page 3 of 8

PI_000533



**Luke Montgo...** @LukePMont... · Nov 23, 2020 •••

Replying to @atheistcritique @lamboDotcom and @SamHarrisOrg

**Lambo** knows funny

    

ER-101

PI_000533

PI_000534



**Hiren M. Patel** @QualityNames_ · Oct 27, 2020  ···

CoinEx .com sold for $500K by good friend
@**lambodotcom** & brokered by @**andrewrosener**

No worries.

BestEx.com still available.

PM your best offer in #Bitcoin ₿ / #BTC ₿ / #ETH

One stop destination for #Crypto  #Forex  #Stock...
Show more

 **Bitcoin.com ...**  🟧  @BT... · Oct 27, 2020
Southeast Asia's Largest Bank DBS Plans to
Launch a Cryptocurrency Exchange
ift.tt/35HLYuG



           5     

PI_000534

Case: 23-16908, 03/03/2025, DktEntry: 14.3, Page 86 of 141
Case 2:23-cv-01409-RDS Document 59-24 Filed 09/03/24 Page 5 of 8

PI_000535

**Tyler Winklevoss** ✔ 🟥 @tyler · Aug 28, 2020 ···

Replying to @lamboDotcom

Love Zcash

💬 15          🔁 43          ♡ 152          📊

ER-103

PI_000535

PI_000545

**March 2, 2023**

Dear Lambo, hope you're having a good week. Just wanted to check with you to see if you have received any updates on the litigation? Dad x

3:35 PM

**ER-104**

PI_000545

instead?                                    11:53 AM

Hi! Just got your message        12:40 PM ✓✓

It was great to see you, Lambo, and to catch
up with you.

Thank you for a lovely lunch and for my
birthday card.

I've had a thoroughly enjoyable day so
thanks again.
Much love, Dad
                                            5:34 PM

❤️

April 17, 2023


                                    10:27 PM ✓✓



Message



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Lisa**      7/23/23
You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept:
https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Stuart Blair**      7/23/23
You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept:
https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

**Mum**      7/23/23
You: Help me prepare an Aura photo frame as a gift for Oma. Click this link to accept:
https://auraframes.app.link/Rv7Lyl3sEBb



Help **Lambo** prepare a gift for Oma with Aura
**Lambo** is giving Oma an Aura smart photo fra...
app.auraframes.com

# Exhibit M

Thread: https://www.namepros.com/threads/joe-biden-now-usa-president.1215376/post-8027829
Prominence: discuss
Title: Joe Biden - NOW USA President
Message: It's so ironic that you espouse common sense affiliation.
Nov 9, 2020 2:10 AM


Section: https://www.namepros.com/forums/the-break-room.6/
Section Title: The Break Room
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954864
I am Lambo, Q&amp;A Anything with Me
Message: 100-250
Sep 18, 2020 12:23 AM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com//threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954852
I am Lambo, Q&amp;A Anything with Me
Message: AT888(.com)
Sep 18, 2020 12:04 AM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954843
I am Lambo, Q&amp;A Anything with Me
Message: Winner! :headphone: we have someone who understands what a domain is and means!
Sep 17, 2020 11:51 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954839
I am Lambo, Q&amp;A Anything with Me
Message: newsmedia.com not open to this, no
Sep 17, 2020 11:48 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954802
I am Lambo, Q&amp;A Anything with Me
Message: haha, can't say that happened on this my friend :xf.cool:
Sep 17, 2020 11:12 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954795
I am Lambo, Q&amp;A Anything with Me
Message: only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my domains are actively for sale really, I do incubate, nurture and build too. To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset...

PI_000378

Sep 17, 2020 11:08 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954721
I am Lambo, Q&amp;A Anything with Me
Message: Utimately it's a shift of perspective that she'll need. One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine. If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just...
Sep 17, 2020 10:23 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/post-7954652
I am Lambo, Q&amp;A Anything with Me
Message: My first after market purchase was in 2008. First hand reg perhaps a yr or two prior. I closed a ~$500k sale for coinex(dotcom), with M.O I'm gonna moniker a dotcom of mine, otherwise what kind of domainer would I be?! As for Lambo, a confluence of interests and an icon that makes me smile.
Sep 17, 2020 9:21 PM


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/
I am Lambo, Q&amp;A Anything with Me
Message: Hello, :brb: If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty. Thanks to my teachers like: Mr. Frank Schilling Mr. Andrew Rosener Mr. Rick Schwartz Mr. Mike Berkens Also...
Sep 17, 2020 9:11 PM
Replies: 116


Section: https://www.namepros.com/forums/ask-pros-anything-apa.381/
Ask Pros Anything (APA)
Thread: https://www.namepros.com/threads/is-you-are-ready-to-spend-600-assistance-to-the-unemployed-for-domain.1208765/post-7954626
Is you are ready to spend $600 assistance to the unemployed for domain?
Message: Elevator pitch?
Sep 17, 2020 8:56 PM


Section: https://www.namepros.com/forums/domain-beginners.25/
Domain Beginners
Thread: https://www.namepros.com/blog/getting-creative-right-of-the-dot.1208747/comment-7954556
Prominence: information
Title: Getting Creative Right Of The Dot
Message: -
Sep 17, 2020 7:50 PM


Section: https://www.namepros.com/blog/
NamePros Blog

PI_000378

https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/#post-7954795                    2024-06-03T19:12:06-04:00



Impact: 11,519

👍 18 ✓ 👍 16 Like 🙏 1 Thanks    Quick reply

Community favorite

How To Save Money On
Domain Names
47 points · Bob Hawkes

Popular this month

Beware of greedy
member
18 points · 237 replies

Sold 3L Domain on SEDO
for 6 digit USD - Buyer not
willing to pay
18 points · 100 replies

1Money.com Sold For
$40,000 USD At Atom
19 points · 49 replies

Timely Domains? · Display
and explain
14 points · 71 replies

I bid on a domain with a
huge premium renewal at
GD auction, by mistake.
15 points · 54 replies

Blog favorites

Finding Domain Name
Comparator Sales – Part 1
20 points · Bob Hawkes

Top Topics: Pose.com sold
for $302k; GoDaddy
doubles price of
brokerage fee; Two fresh
.AI sales; ChatGPT.com
sale story; Jeff Gabriel's
story at SAW
1 comment · Acroplex

Top Topics: Afternic
suspends user; ICANN
layoffs; Moniker
relaunches registrar; Bank
fraud and domains;
Swetha's latest big sale
3 points · Acroplex

☐ Spatial Sidebar (Beta)
The sidebar remains visible by
scrolling at a speed relative to
the page's height.

---

**lambo.com** · Top Member · VIP · Impact: 5,555

🕙 Sep 17, 2020 · 12 points    ⑆ · #6

johnn said: ⊙
May be you can help me.
How can I stop my wife from whining and complaining.
Thanks

Ultimately it's a shift of perspective that she'll need.

One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine.

If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just grow seeds and own a positive masculinity.

It will need to be in her own self interest, and gratitude is self-serving in bringing perspective for the blessings in one's life - no matter who you are or your predicament.

Good luck.

↩ Reply

👍 12 ✓ 👍 11 Like 🙏 1 Thanks    Quick reply

---

**NickB** · It's a mystery · VIP · Impact: 17,476

🕙 Sep 17, 2020 · 6 points    ⑆ · #7

johnn said: ⊙
May be you can help me.
How can I stop my wife from whining and complaining.
Thanks

She's always complaining according to you, pretty sure you secretly enjoy it...

↩ Reply

👍 6 ✓ 👍 3 Like 🙏 1 Thanks ✓ 1 Agree    Quick reply

---

**AK85** · Top Member · VIP · Impact: 856

🕙 Sep 17, 2020 · 3 points    ⑆ · #8

lambo.com said: ⊙
Hello, 😊
If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.

To my teachers like:
Mr. Frank Schilling
Click to expand...

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🤑

Amr

↩ Reply

👍 3 ✓ 👍 2 Like 🙏 1 Thanks    Quick reply

---

**lambo.com** · Top Member · VIP · Impact: 5,555

🕙 Sep 17, 2020 · 9 points    ⑆ · #9

Paltzar said: ⊙
May I ask you how to sell your domains, is it through the market, or do you send emails to interested people
and the last one which market do you prefer to sell your domains?

only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my domains are actively for sale really, I do incubate, nurture and build too.

To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset class - a key tenet of optimal planning and business strategy for businesses - and from there, shilling some of my crown jewels.

Last edited: Sep 17, 2020

↩ Reply

👍 9 ✓ 🙏 7 Thanks 👍 2 Like    Quick reply

---

**lambo.com** · Top Member · VIP · Impact: 5,555

🕙 Sep 17, 2020 · 3 points    ⑆ · #10

AK85 said: ⊙
Hey Lambo! How is it going?
When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 🤑
Amr

haha, can't say that happened on this my friend 😎

↩ Reply

👍 3 ✓ 👍 2 Like 🙏 1 Thanks    Quick reply

---

**Sutruk** · Top Member · Impact: 12,460

🕙 Sep 17, 2020 · 9 points    ⑆ · #11

lambo.com said: ⊙
I closed a ~$500k sale for coinex(dotcom), with M.O

Hi Lambo,
First of all thanks for sharing this biggest sale, and congrats for that one!
I remember now seeing your post where you said you re...k for this domain, but at that moment

**ER-111**



Very good negotiation by the way, I could not have rejected a $250k offer! But it's very clear that to reach the $500k, you have to previously reject lower but also tempting offers....

My question would be, on the sale of coinex, did you have a for sale page? or had a running website? How did the buyer reach to you? and did you get to know who was the buyer before closing the deal?

Thanks in advance and congrats for this sale and for your latest ones, the buybuy and the almi ones!

Last edited: Sep 17, 2020

↺ Reply

∧ 9 ∨ « 7 Like 2 Thanks                    ↺ Quick reply

---

**Samer** — Top Member — VIP — Impact: 25,117

⏱ Sep 17, 2020 · ⊙ 5 points                    < #12

You sold LLLL.com; and reported sales NB;

But you didnt say the actual venue; which makes a world of difference; even if sold the LLLL LLL.com

Lambo you sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**

i hate that Namebio lied about the venue; So messed up, @Michael Neither of them sold at ASZ.com; Even if sold them; dont appreciate lie venue

| Domain | Price | Date ▼ | Venue |
|---|---|---|---|
| almi.com | 117,500 USD | 2020-08-14 | ASZ.com |
| almi.com | 3,475 USD | 2018-09-05 | BuyDomai |

| Domain | Price | Date ▼ | Venue |
|---|---|---|---|
| buybuy.com | 95,000 USD | 2020-08-20 | ASZ.com |

Would you be open to edit Fake News "ASZ" and actually say where listed them & sold? This blatant lying, even for promotion, is wrong

Where did sell @lambo.com?

Last edited: Sep 17, 2020

↺ Reply

∧ 5 ∨ « 5 Like 1 Thanks 1 Dislike                    ↺ Quick reply

---

**lambo.com** — Top Member — VIP — Impact: 5,555

⏱ Sep 17, 2020 · ⊙ 3 points                    < #13

Samer said: ⊕
Would you be open to edit Fake News "ASZ" and actually say where listed them & sold? @lambo.com?

newsmedia.com not open to this, no

Last edited: Sep 17, 2020

↺ Reply

∧ 3 ∨ « 2 Like 1 Thanks                    ↺ Quick reply

---

**Sutruk** — Top Member — VIP — Impact: 12,460

⏱ Sep 17, 2020 · ⊙ 9 points                    < #14

Samer said: ⊕
You sold LLLL.com; and reported sales NB;
But you didnt say the actual venue; which makes a world of difference; even if sold the LLLL LLL.com
Lambo you sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**
i hate that Namebio lied about the venue;

Click to expand...

If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I dont see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Last edited: Sep 17, 2020

↺ Reply

∧ 9 ∨ « 4 Like 4 Agree 1 Thanks                    ↺ Quick reply

---

⏱ Sep 17, 2020 · ⊙ 6 points                    < #15

Sutruk said: ⊕                    **ER-112**

**lambo.com**
Top Member
VIP
Impact: 5,555

for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.

I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Winner! 😂
we have someone who understands what a domain is and means!

*Last edited: Sep 17, 2020*

↺ Reply

⌃ 6 ⌄ | ≪ | 4 | Like | Thanks | Quick reply

---

**Samer**
Top Member
VIP
✦✦✦✦✦✦✦✦✦✦
Impact: 25,117

⏱ Sep 17, 2020 · ◉ 3 points    ⤴ #16

> lambo.com said: ⊕
> newsmedia.com not open to this, no

Thank you for your honest answer.

Good luck Lambo;I'll continue fight change this

Against NameBio!) yu grandfather claused 😂
Better ways to encourage sharing is caring.

With you; i dont even sense y u chose ASZ instead
act makes more sense a chose ASZ instead
Six figure sale; you; Of course you'll try get most exposure; i'l try harder to guilt Michael ; )

*Last edited: Sep 17, 2020*

↺ Reply

⌃ 3 ⌄ | ≪ | 2 | Like | 1 | Thanks | Quick reply

---

**polymorph**
Addicted
Impact: 235

⏱ Sep 18, 2020 · ◉ 4 points    ⤴ #17

Your best handreg?

↺ Reply

⌃ 4 ⌄ | ≪ | 4 | Like | Thanks | Quick reply

---

**lambo.com**
Top Member
VIP
Impact: 5,555

⏱ Sep 18, 2020 · ◉ 4 points    ⤴ #18

> polymorph said: ⊕
> Your best handreg?

**AT888(.com)**

↺ Reply

⌃ 4 ⌄ | ≪ | 3 | Thanks | 1 | Like | Quick reply

---

**Cannuck**
420 friendly
VIP
Impact: 14,353

⏱ Sep 18, 2020 · ◉ 3 points    ⤴ #19

@lambo

Thanks for giving back...I'm curious, how many domains do you typically hold?

↺ Reply

⌃ 3 ⌄ | ≪ | 2 | Like | Thanks | Quick reply

---

**lambo.com**
Top Member
VIP
Impact: 5,555

⏱ Sep 18, 2020 · ◉ 10 points    ⤴ #20

> Cannuck said: ⊕
> @lambo
> Thanks for giving back...I'm curious, how many domains do you typically hold?

100-250

↺ Reply

⌃ 10 ⌄ | ≪ | 5 | Thanks | 4 | Like | 1 | Agree | Quick reply

---

**Millionaire**
Top Member
VIP
Impact: 1,894

⏱ Sep 18, 2020 · ◉ 5 points    ⤴ #21

> lambo.com said: ⊕
> 100-250

Hi Lambo

Thanks for the opportunity!

1. What is your STR for this small portfolio?
2. I'm assuming that majority of them are premium high-quality domains, what is your yearly revenue in dollars?
3. How much do you spend on acquisition currently?
4. The highest you paid for any domain to acquire it for reselling?
5. What is the best place or way to acquire premium high-quality domains at reasonable reseller price? Like an auction, private acquisition etc?

Regards

↺ Reply

⌃ 5 ⌄ | ≪ | 3 | Like | 2 | Thanks | Quick reply

---

⏱ Sep 18, 2020 · ◉ 6 points    ⤴ #22

> lambo.com said: ⊕
> 100-250

**ER-113**

That's an inspiring member. Quality over quantity.

With all the marketplaces around(Afternic, Dan, Uni, sedo etc).. what is the best landing page option to produce more sales and inquiries IYO?

↔ Reply

∧ 6 ∨ « 4 Like 2 Thanks | Quick reply

**Silentptnr**
Domains88.com
VIP
Impact: 47,111

Sep 18, 2020 · 9 points ⑂ #23

Hi Lambo,

Can you share your motivation to buy wywy? Any plans to develop it?

↔ Reply

∧ 9 ∨ « 6 Like 2 Thanks 1 Agree | Quick reply

**slader23**
Always On The Bleeding Edge.
VIP
Impact: 5,139

Sep 18, 2020 · 7 points ⑂ #24

> Silentptnr said: ⑂
>
> Hi Lambo,
>
> Can you share your motivation to buy wywy? Any plans to develop it?

I'm just speculating here but I'm guessing his decision probably has to do with ABAB.com rarity. It's the second rarest LLLL.com pattern outside of the AAAA.com (quad repeating). Also given that its quad premium CHIP as well it could have many, many pinyin meanings.

Such a name is extremely hard to find...and also even harder to replace if sold so it should command a high figure.

Last edited: Sep 18, 2020

↔ Reply

∧ 7 ∨ « 5 Like 2 Thanks | Quick reply

**M Usman**
Established Member
Impact: 159

Sep 18, 2020 · 2 points ⑂ #25

What are the advices for newbies and how we found and determine the value of the domain, and how to find potential buyers for the domain.

↔ Reply

∧ 2 ∨ « 1 Like 1 Thanks | Quick reply

‹ Prev          Page 1 2 3 4 5          › Next

Log in or sign up to reply here.

## Similar threads

(abacusapes.com) A very big list of names - .com that will be expired tomorrow
alonn · Mar 8, 2016 · Domain Expiration and Domain Drop Catching · domain name, expired...  ▾

4 replies
4K views

Mar 9, 2016
alonn

Share: 🖪 f 𝕏 ⟲ ℗ t ⊘ ⊠ ⊘

Forums › Discussion › More Discussion Categories › Ask Pros Anything (APA) ›

✎ ♻ NamePros Light   11:11 PM Etc/UTC          Contact us   Status   Advertise   Do Not Sell My Personal Information   Terms   Privacy policy   Help   🟧

Domaining                                                                Copyright © 2003-2024 NamePros

# Exhibit N

https://www.namepros.com/threads/i-am-lambo-q-a-anything-with-me.1208769/      2024-01-15T14:49:43-05:00



**namePros**
Buy, Sell, Discuss Domain Names

The best it.com domains are available now!   SEE REGISTRARS HERE

Forums   Discover ▾   News ▾   Buy   Sell   Requests   Appraisals   More ▾     Log in   Register   Q Search

New posts ▾   Search forums   Members ▾   Overview

Forums > Discussion > More Discussion Categories > Ask Pros Anything (APA) >

# I am Lambo, Q&A Anything with Me

⌕ lambo.com · ⏱ Sep 17, 2020

▲ spaceship     A .com for only $2.88 is closer than you think     COMPROS

Watch   ••• ▾

⏱ Sep 17, 2020 · ▭ 41K views · ◯ 116 replies · ⊕ 31 points     < #1

Hello, 🤠

If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.

Thanks to my teachers like:

Mr. Frank Schilling
Mr. Andrew Rosener
Mr. Rick Schwartz
Mr. Mike Berkens

Also other geniuses Asia-side. Growing the pie is done by marketing premium domains over and over to influencers and decision makers so let's grow domains!

**lambo.com**
⚑ Top Member
VIP
Impact: 5,532

🇪🇺🐎♻🐏🏕

⤷ Reply

∧ 31 ∨   ⚡   16   Like   13   Thanks   2   Agree     ▱ Quick reply

*The views expressed on this page by users and staff are their own, not those of NamePros.*

Sort by date   Sort by points

‹ Prev     Page   1   2   3   4   5     ▸ Next

**NB**

**NickB**
🏠 it's a mystery
VIP
Impact: 17,322

⏱ Sep 17, 2020 · ⊕ 7 points     < #2

How long you been domaing for?....

Biggest sale? Domain & Price, if your happy to share

Why lambo name?

⤷ Reply

∧ 7 ∨   ⚡   5   Like   2   Thanks     ▱ Quick reply

**lambo.com**
⚑ Top Member
VIP
Impact: 5,532

⏱ Sep 17, 2020 · ⊕ 21 points     < #3

> NickB said: ⊕
>
> How long you been domaing for?....

My first after market purchase was in 2008. First hand reg perhaps a yr or two prior.

> NickB said: ⊕
>
> Biggest sale? Domain & Price, if your happy to share

I closed a ~$500k sale for coinex(dotcom), with M.O

> NickB said: ⊕
>
> Why lambo name?

I'm gonna moniker a dotcom of mine, otherwise what kind of domainer would I be?!

As for Lambo, a confluence of interests and an icon that makes me smile.

Last edited: Sep 17, 2020

**We're social**
Facebook | Twitter | LinkedIn
YouTube | Articles

**LICENSED INSURED GOVERNMENT AUDITED**   ESCROW.COM

**New posts**

.IO and .AI names are widely embraced by the latest technology trends.
22 posters · gulf media it

CrestDelivery .com, NeuralizeHub .com and more than 50 Great Names at Fancy Prices!
Post by El asery

Bundle of 10 .COM domain names for sale including CREDITCARINSURANCE.COM
Post by Domainfc

Looking for Crypto related Domain
53 posters · Shamsob1

Edited: What is the best domain you can sell me up to $1500 ?
10 posters · Shamsob1

Top Indexed Domains with Ranked Keywords
5 posters · Domain Research L

**Auction activity**

SpatialUltimate.Com For ...

ShinyDomains.Com Start...

Brief-Beschwerer.com 1...

SendQuiz.com

ecomrealm.com

**Domain Back Orders**

**No Auctions!**

DOMAINRECOVER.NET

**Polls of interest**

Compared to a year ago, is your total dollar spend on domain acquisitions going up or down?
28 replies · 224 voters

Let's decide which top-level domain (TLD) you prefer for your new tech brand

PI_000641

| ∧ | 21 | ∨ | ⚡ | 14 | Like | 6 | Thanks | | ↪ Quick reply |

**AboGamil**
🏢 Senior Web Developer
VIP
Impact: 623

🕐 Sep 17, 2020 · ⊕ 3 points     ⬍ #4

May I ask you how to sell your domains, is it through the market, or do you send emails to interested people and the last one which market do you prefer to sell your domains?

↪ Reply

| ∧ | 3 | ∨ | ⚡ | 2 | Like | 1 | Thanks | | ↪ Quick reply |

**johnn**
🏢 WeSellName.com
PRO
VIP
★★★★★★★★★
Impact: 11,081

🕐 Sep 17, 2020 · ⊕ 18 points     ⬍ #5

May be you can help me.
How can I stop my wife from whining and complaining.

Thanks

↪ Reply

| ∧ | 18 | ∨ | ⚡ | 16 | Like | 1 | Thanks | | ↪ Quick reply |

**lambo.com**
👤 Top Member
VIP
Impact: 5,532

🕐 Sep 17, 2020 · ⊕ 12 points     ⬍ #6

> johnn said: ⊕
>
> May be you can help me.
> How can I stop my wife from whining and complaining.
>
> Thanks

Ultimately it's a shift of perspective that she'll need.

One way to invoke is through gratitude and if that goes up her priority list quickly, I'm sure you'll be fine.

If she can believe it's her own idea, or realization - so will it have staying power. You can't force or wield this. Just grow seeds and own a positive masculinity.

It will need to be in her own self interest, and gratitude is self-serving in bringing perspective for the blessings in one's life - no matter who you are or your predicament.

Good luck.

↪ Reply

| ∧ | 12 | ∨ | ⚡ | 11 | Like | 1 | Thanks | | ↪ Quick reply |

**NickB**
🏢 It's a mystery
VIP
Impact: 17,322

🕐 Sep 17, 2020 · ⊕ 6 points     ⬍ #7

> johnn said: ⊕
>
> May be you can help me.
> How can I stop my wife from whining and complaining.
>
> Thanks

She's always complaining according to you, pretty sure you secretly enjoy it...

↪ Reply

| ∧ | 6 | ∨ | ⚡ | 3 | Like | 1 | Thanks | 1 | Agree | | ↪ Quick reply |

**AK85**
👤 Top Member
VIP
Impact: 855

🕐 Sep 17, 2020 · ⊕ 3 points     ⬍ #8

> lambo.com said: ⊕
>
> Hello, 😁
>
> If you have any questions about me or domain industry, I'll be happy to share in the spirit of how it flows generously by those who have walked in terrains of bounty.
>
> Thanks to my teachers like:
>
> _Click to expand..._

Hey Lambo! How is it going?

When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 😉

Amr

↪ Reply

Which is the best price?
42 replies · 132 voters

**Popular this week**

🏆 What's your preferred method for verifying SEDO domains?
16 posters · 17 replies

Creative.tech $3k registration fee?
6 posters · 12 replies

Sedo - Offer views vs Uniques. Question on my numbers
6 posters · 15 replies

Why Domain Names are Tough to Sell?
9 posters · 9 replies

Google starting .AND , Thoughts,discussion & news
3 points · 7 replies

**Community favorite**

The Top 100 Domain Name Sales in 2023
56 points · Bob Hawkes

COSMOTOWN
Unlimited
·COM domains
for $6.99
cosmotown.com
SEARCH NOW

**Popular this month**

🏆 Using "POT" when "WEED" is not available?
1 point · 32 replies

2023 UDRP roundup and one more for luck?
49 points · 32 replies

Ⓝ PYZDA.COM got offer. Sell or not?
17 posters · 24 replies

Rick Schwartz answers some questions on why he dipped his toe in the .ai pool
18 points · 23 replies

Bloomberg Finance L.P. v. Igor Gabrielian and his cat Bloomberg
12 posters · 52 replies

**Blog favorites**

A Dozen Things To Consider As We Start 2024
3 comments · Bob Hawkes

Top Topics: Domain verification on Sedo; Cemal from Turkey; Premium .tech domain pricing; Afternic verification woes; How hard is it to sell domains?
2 comments · Acroplex

Top Topics: Incorrect WHOIS data; Weed vs. Pot; Rick Schwartz taps .AI; Stop faux listings at Afternic; GoDaddy Auctions & deadbeats
7 points · Acroplex

     PI_000642



**lambo.com**
👤 Top Member
VIP
Impact:   5,532

🕒 Sep 17, 2020 · ⊖ 9 points                                    ⦉ #9

> Paltzar said: ⊕
>
> May I ask you how to sell your domains, is it through the market, or do you send emails to interested people
> and the last one which market do you prefer to sell your domains?

only those who come to the landers by type-in. I don't want to sell on any marketplaces at this point. Not all my
domains are actively for sale really, I do incubate, nurture and build too.

To the extent I can say I do outbound, it's on Twitter with promotion of premium domains as an asset class - a key tenet
of optimal planning and business strategy for businesses - and from there, shilling some of my crown jewels.

Last edited: Sep 17, 2020

↩ Reply

∧   9   ∨      ⚡   7   Thanks   2   Like                     ▭ Quick reply

---

**lambo.com**
👤 Top Member
VIP
Impact:   5,532

🕒 Sep 17, 2020 · ⊖ 3 points                                    ⦉ #10

> AK85 said: ⊕
>
> Hey Lambo! How is it going?
>
> When you acquired Lambo.com, please tell me you paid in bitcoin? or any major cryptocurrency 😋
>
> Amr

haha, can't say that happened on this my friend 😎

↩ Reply

∧   3   ∨      ⚡   2   Like   1   Thanks                     ▭ Quick reply

---

**Sutruk**
👤 Top Member
VIP
Impact:   11,965

🕒 Sep 17, 2020 · ⊖ 9 points                                    ⦉ #11

> lambo.com said: ⊕
>
> I closed a ~$500k sale for coinex(dotcom), with M.O

Hi Lambo,

First of all thanks for sharing this biggest sale, and congrats for that one!

I remember now seeing your post where you said you rejected an offer of $250k for this domain, but at that moment
you didn't disclose the final price, so thanks for sharing the final price of this gem!

Very good negotiation by the way, I could not have rejected a $250k offer! But it's very clear that to reach the $500k, you
have to previously reject lower but also tempting offers....

My question would be, on the sale of coinex, did you have a for sale page? or had a running website?
How did the buyer reach to you? and did you get to know who was the buyer before closing the deal?

Thanks in advance and congrats for this sale and for your latest ones, the buybuy and the almi ones!

Last edited: Sep 17, 2020

↩ Reply

∧   9   ∨      ⚡   7   Like   2   Thanks                     ▭ Quick reply

---

**Samer**
👤 Top Member
VIP
★★★★★★★★★★
Impact:   24,657

🕒 Sep 17, 2020 · ⊖ 5 points                                    ⦉ #12

You sold LLLL.com; and reported sales NB;

But you didnt say the actual venue;
which makes a world of difference; even if sold the LLLL LLL.com

Lambo sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**

**i hate that Namebio lied about the venue;**
**So messed up, @Michael**
Neither of them sold at ASZ.com;
Even if sold them; dont appreciate lie venue

| Domain | Price | Date ▾ | Venue |
|---|---|---|---|
| almi.com | 117,500 USD | 2020-ER-18-14 | ASZ.com |

PI_000643



| Domain | Price | Date ▾ | Venue |
|---|---|---|---|
| almi.com | 3,475 USD | 2018-09-05 | BuyDomains |
| buybuy.com | 95,000 USD | 2020-08-20 | ASZ.com |



Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
This blatant lying, even for promotion, is wrong

Where did sell @lambo.com?

Last edited: Sep 17, 2020

↩ Reply

∧ 5 ∨    ⚙    5  Like    1  Thanks    1  Dislike          💬 Quick reply

○ Sep 17, 2020 · ⊕ 3 points                                                      ⇗ #13

lambo.com
👤 Top Member
VIP
Impact:  5,532

Samer said: ⊕
Would you be open to edit Fake News "ASZ" and actually say where listed them & sold?
@lambo.com?

newsmedia.com not open to this, no

Last edited: Sep 17, 2020

↩ Reply

∧ 3 ∨    ⚙    2  Like    1  Thanks          💬 Quick reply

○ Sep 17, 2020 · ⊕ 9 points                                                      ⇗ #14

Sutruk
👤 Top Member
VIP
Impact:  11,965

Samer said: ⊕
You sold LLLL.com; and reported sales NB;

But you didnt say the actual venue;
which makes a world of difference; even if sold the LLLL LLL.com

Lambo you sold almi.com for **$117,500** and after week; sold buybuy.com for **$95,000**

Click to expand...

If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Last edited: Sep 17, 2020

↩ Reply

∧ 9 ∨    ⚙    4  Like    4  Agree    1  Thanks          💬 Quick reply



○ Sep 17, 2020 · ⊕ 6 points                                                      ⇗ #15

lambo.com
👤 Top Member
VIP
Impact:  5,532

Sutruk said: ⊕
If he managed the sales by himself, I see it normal to report the sales with the name of his company, or like he wants to be identified for that sale.

In fact now I remember other NP members reporting sales made through Afternic but placing their main website name on the sale at Namebio.
I don't see too much problem here, if they are who report the sale, not Afternic or Uniregistry, for example.

Winner! 🏆
we have someone who understands what a domain is and means!

Last edited: Sep 17, 2020

↩ Reply

PI_000644



**Samer**
Top Member
VIP
★★★★★★★★★
Impact: 24,657

Sep 17, 2020 · 3 points · #16

lambo.com said:
newsmedia.com not open to this, no

Thank you for your honest answer.

Good luck Lambo;i'll continue fight change this

Against NameBio!! yu grandfather claused 😊
Better ways to encourage sharing is caring.

With you; i dont even doubt the sale;
act makes more sense y u chose ASZ instead
Six figure sale; you; Of course you'll try get most exposure; i'l try harder to guilt Michael ; )

Last edited: Sep 17, 2020

Reply

3    2 Like    1 Thanks    Quick reply

**polymorph**
Addicted
Impact: 235

Sep 18, 2020 · 4 points · #17

Your best handreg?

Reply

4    3 Like    1 Thanks    Quick reply

**lambo.com**
Top Member
VIP
Impact: 5,532

Sep 18, 2020 · 4 points · #18

polymorph said:
Your best handreg?

AT888(.com)

Reply

4    3 Thanks    1 Like    Quick reply

**Cannuck**
420 friendly
VIP
Impact: 13,393

Sep 18, 2020 · 3 points · #19

@lambo

Thanks for giving back...I'm curious, how many domains do you typically hold?

Reply

3    2 Like    1 Thanks    Quick reply

**lambo.com**
Top Member
VIP
Impact: 5,532

Sep 18, 2020 · 10 points · #20

Cannuck said:
@lambo
Thanks for giving back...I'm curious, how many domains do you typically hold?

100-250

Reply

10    5 Thanks    4 Like    1 Agree    Quick reply

**Millionaire**
Top Member
VIP
Impact: 1,894

Sep 18, 2020 · 5 points · #21

lambo.com said:
100-250

Hi Lambo

Thanks for the opportunity!

1. What is your STR for this small portfolio?
2. I'm assuming that majority of them are premium high-quality domains, what is your yearly revenue in dollars?
3. How much do you spend on acquisition currently?
4. The highest you paid for any domain to acquire it for rese

**ER-120**

PI_000645

...what is the best place or way to acquire premium high quality domains at reasonable reseller price? b/c at auction, private acquisition etc?

Regards

⟲ Reply

∧ 5 ∨   ⚙ 3 Like   2 Thanks

🖵 Quick reply

---

**Ivey**
👤 Top Member
VIP
★★★★★★★★★★
Impact: 4,920

🕐 Sep 18, 2020 · ⊕ 6 points   ≪ #22

> lambo.com said: ⊕
> 100-250

That's an inspiring number. Quality over quantity.
With all the marketplaces around(Afternic, Dan, Uni, sedo etc).. what is the best landing page option to produce more sales and inquiries IYO?

⟲ Reply

∧ 6 ∨   ⚙ 4 Like   2 Thanks

🖵 Quick reply

---

**Silentptnr**
🏠 Domains88.com
VIP
Impact: 47,105

🕐 Sep 18, 2020 · ⊕ 9 points   ≪ #23

Hi Lambo,

Can you share your motivation to buy wywy? Any plans to develop it?

⟲ Reply

∧ 9 ∨   ⚙ 6 Like   2 Thanks   1 Agree

🖵 Quick reply

---

**slader23**
🏠 Always On The
Bleeding Edge.
VIP
Impact: 5,139

🕐 Sep 18, 2020 · ⊕ 7 points   ≪ #24

> Silentptnr said: ⊕
> Hi Lambo,
> Can you share your motivation to buy wywy? Any plans to develop it?

I'm just speculating here but I'm guessing his decision probably has to do with ABAB.com rarity. It's the second rarest LLLL.com pattern outside of the AAAA.com (quad repeating). Also given that its quad premium CHIP as well it could have many, many pinyin meanings.

Such a name is extremely hard to find...and also even harder to replace if sold so it should command a high figure.

Last edited: Sep 18, 2020

⟲ Reply

∧ 7 ∨   ⚙ 5 Like   2 Thanks

🖵 Quick reply

---

**M Usman**
👤 Established
Member
Impact: 159

🕐 Sep 18, 2020 · ⊕ 2 points   ≪ #25

What are the advices for newbies and how we found and determine the value of the domain , and how to find potential buyers for the domain.

⟲ Reply

∧ 2 ∨   ⚙ 1 Like   1 Thanks

🖵 Quick reply

---

‹ Prev          Page  1  2  3  4  5          › Next

Log in or sign up to reply here.

---

**Similar threads**

(abacusapes.com) A very big list of names - .com that will be expired tomorrow          4 replies          Mar 9, 2016
alonn · Mar 8, 2016 · Domain Expiration and Domain Drop Catching · domain name, expired... ▾          4K views          alonn

---

Share: f 🐦 🔴 📌 t 🟢 ✉ 🔗

Forums › Discussion › More Discussion Categories › Ask Pros Anything (APA) ›

# Exhibit O

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 26 and 50

## United States Patent and Trademark Office

Reg. No. 1,375,514
Registered Dec. 17, 1985

### TRADEMARK
### PRINCIPAL REGISTER



NUOVA AUTOMOBILI FERRUCCIO LAM-
BORGHINI, S.P.A. (ITALY CORPORATION)
1/B, VIA MODENA
40019 SANT'AGATA BOLOGNESE
BOLOGNA, ITALY

FOR: AUDIO TAPE CASSETTES, VIDEO-
AUDIO TAPE CASSETTES, MAGNETIC
AUDIO AND VIDEO TAPE RECORDINGS,
TURNTABLES, PHONOGRAPH RECORDS,
STEREOPHONIC UNITS, HI-FI AMPLIFIERS,
AUDIO AND VIDEO TAPE RECORDERS,
LOUD SPEAKERS, JUKE BOXES, RADIO-
WIRELESS SETS, AUTO RADIOS, BOBBINS
FOR MAGNETIC TAPES AND FILMS, RADIO
AND TELEVISION ANTENNAS, SOUND SYN-
CHRONIZED LIGHTS, SUNGLASSES, SPECTA-
CLE FRAMES, IN CLASS 9 (U.S. CLS. 21 AND
26).

FOR: TOY CARS, VIDEO OUTPUT GAMES
SIMULATING AUTO RACING, FOOTBALLS,
GOLF CUPS AND FLAGS, GOLF CLUBS,
GOLF BALLS, HOCKEY PUCKS, SKIS, SKI
BINDINGS, BOBSLEDS, BACKGAMMON SETS,
HOCKEY STICKS, TENNIS BALLS, TENNIS
NETS, TENNIS TAPES, TENNIS RACQUETS,
ICE SKATES, MECHANICAL TOYS, MUSICAL
TOYS, DOMINOS, CHECKERS, AND TABLE
BOWLING GAMES, IN CLASS 28 (U.S. CLS. 22,
26 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
ITALY APPLICATION NO. 20906C/81, FILED
8-11-1981, REG. NO. 330527, DATED 2-19-1982,
EXPIRES 8-11-2001.

OWNER OF U.S. REG. NO. 1,149,229.

SER. NO. 348,788, FILED 2-5-1982.

DAVID H. STINE, EXAMINING ATTORNEY

ER-123

LAMBORGHINI_0000001

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,622,382
Registered Nov. 13, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## LAMBORGHINI

AUTOMOBILI LAMBORGHINI SPA (ITALY CORPORATION)
BOLOGNA, ITALY

FOR: AUTOMOBILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CL. 19).
FIRST USE 10-0-1963; IN COMMERCE 1-0-1965.

OWNER OF U.S. REG. NOS. 1,375,514, 1,428,933 AND OTHERS.
SEC. 2(F).

SER. NO. 74-019,105, FILED 1-16-1990.

R. G. COLE, EXAMINING ATTORNEY

ER-124

LAMBORGHINI_0000002

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

**Reg. No. 3,671,571**

Registered Aug. 25, 2009

### TRADEMARK
### PRINCIPAL REGISTER



AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-30-1982; IN COMMERCE 7-30-1982.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909, FILED 9-3-2007.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

THE MARK CONSISTS OF THE WORD "LAMBORGHINI" WITH THE REPRESENTATION OF A BULL ALL WITHIN A SHIELD.

SER. NO. 77-407,493, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY

LAMBORGHINI_0000003

# United States of America

## United States Patent and Trademark Office

# LAMBORGHINI

**Reg. No. 3,707,401** AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
Registered Nov. 10, 2009 VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

**Int. Cl.: 28** FOR: MODEL CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-1-1991; IN COMMERCE 6-1-1991.

**TRADEMARK**

**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909, FILED 9-3-2007.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

SEC. 2(F).

SER. NO. 77-407,165, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**ER-126**

LAMBORGHINI_0000004

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,717,346** AUTOMOBILI LAMBORGHINI HOLDING S.P.A. (ITALY CORPORATION)
Registered Dec. 1, 2009 VIA MODENA, 12
SANT'AGATA BOLOGNESEBO, ITALY 40019

**Int. Cls.: 9, 14, 16, 18, 21, 24 and 25** FOR: MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: KEY HOLDER, PINS, CUFFLINKS MADE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: CALENDAR, POSTER, BOOKS IN THE FIELD OF AUTOMOBILES, PENCILS, PENCIL BOXES, BALL-POINT PENS, PENCIL CASES; PAPER FLAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: PURSES, WALLETS, CREDIT CARD HOLDERS, BUSINESS CARD HOLDERS ALL MADE OF LEATHER; BACKPACKS, BOOK BAGS, DUFFELBAGS, BUM BAGS; UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CANDLE HOLDER, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CLOTH, NYLON AND FABRIC FLAGS; TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: T-SHIRTS, SWEATSHIRTS, POLO SHIRTS, SWEATER, FOULARDS, SCARVES, GLOVES, BELTS, TIES, CAPS, HATS, JACKETS, COATS, VESTS, ANORAKS, SHOES, BIKINIS, SWIMMING SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. MI2007C00909, FILED 9-3-2007, REG. NO. 1097474, DATED 2-28-2008, EXPIRES 2-28-2018.

OWNER OF U.S. REG. NOS. 1,149,229, 1,622,382 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "AUTOMOBILI LAMBORGHINI" WITH A REP-RESENTATION OF A BULL ALL WITHIN A SHIELD.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "AUTOMO-BILES".

Director of the United States Patent and Trademark Office

LAMBORGHINI_0000005

**Reg. No. 3,717,346** SER. NO. 77-407,553, FILED 2-27-2008.

ERNEST SHOSHO, EXAMINING ATTORNEY

Page: 2 / RN # 3,717,346

ER-128

LAMBORGHINI_0000006

# United States of America

## United States Patent and Trademark Office

*automobili*
**Lamborghini**

**Reg. No. 5,677,551**

**Registered Feb. 19, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Automobili Lamborghini S.p.A. (ITALY CORPORATION)
Via Modena, 12
Sant'agatabolognese Bo, ITALY 40019

CLASS 9: audio speakers; audio headphones; audio equipment for vehicles, namely, stereos, speakers, amplifiers, equalizers, crossovers and speaker housings; loud speakers; virtual reality headsets; communications headsets, namely, telephone headsets; earphones and headphones; headsets for use with computers; audio and visual headsets for use in playing video games; audio receivers and radio receivers; display devices, namely, heads-up displays in the nature of transparent electronic displays for use in the projection of data from a mobile device onto a vehicle windshield; television receivers; film and video devices, namely, projectors; apparatus for transmission of sound; apparatus for transmission of images

OWNER OF EUROPEAN UNION , REG. NO. 014422621, DATED 11-16-2015, EXPIRES 07-29-2025

The mark consists of the words "AUTOMOBILI LAMBORGHINI" in special type form.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOBILI"

The English Translation of the word "AUTOMOBILI" in the mark is "automobiles".

SEC. 2(F) as to "LAMBORGHINI"

SER. NO. 87-432,173, FILED 05-01-2017

Director of the United States
Patent and Trademark Office

LAMBORGHINI_0000007

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 2 of 2 / RN # 5677551

**ER-130**

LAMBORGHINI_0000008

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |
|---|---|---|---|---|

Generated on: This page was generated by TSDR on 2024-01-18 09:52:40 EST

Mark: LAMBORGHINI



US Serial Number: 73348788

Application Filing Date: Feb. 05, 1982

US Registration Number: 1375514

Registration Date: Dec. 17, 1985

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor: 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Mar. 01, 2016

Publication Date: Oct. 08, 1985

## Mark Information

Mark Literal Elements: LAMBORGHINI

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Design Search Code(s): 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

## Related Properties Information

Claimed Ownership of US 1149229
Registrations:

## Foreign Information

Priority Claimed: Yes

Foreign Application Number: 20906C/81

Foreign Application Filing Date: Aug. 11, 1981

Foreign Registration 330527

Foreign Registration Date: Feb. 19, 1982

**ER-131**

LAMBORGHINI_0000009

Number:

Foreign ITALY
Application/Registration
Country:

Foreign Expiration Date: Aug. 11, 2001

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: [ AUDIO TAPE CASSETTES, VIDEO-AUDIO TAPE CASSETTES, MAGNETIC AUDIO AND VIDEO TAPE RECOI TURNTABLES, PHONOGRAPH RECORDS, STEREOPHONIC UNITS, HI-FI AMPLIFIERS, AUDIO AND VIDEO LOUD SPEAKERS, JUKE BOXES, RADIO-WIRELESS SETS, AUTO RADIOS, BOBBINS FOR MAGNETIC TAPI RADIO AND TELEVISION ANTENNAS, SOUND SYNCHRONIZED LIGHTS, ] [SUNGLASSES] [ , SPECTACLE F

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: SECTION 8 - CANCELLED

Basis: 44(e)

For: TOY CARS, [ VIDEO OUTPUT GAMES SIMULATING AUTO RACING, FOOTBALLS, GOLF CUPS AND FLAGS, BALLS, HOCKEY PUCKS, SKIS, SKI BINDINGS, BOBSLEDS, BACKGAMMON SETS, HOCKEY STICKS, TENN NETS, TENNIS TAPES, TENNIS RACQUETS, ICE SKATES, ] MECHANICAL TOYS, [ MUSICAL TOYS, DOMIN( TABLE BOWLING GAMES ]

International Class(es): 028 - Primary Class

U.S Class(es): 022, 026, 050

Class Status: ACTIVE

Basis: 44(e)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: No | | Currently Use: No | |
| Filed ITU: No | | Currently ITU: No | |
| Filed 44D: Yes | | Currently 44D: No | |
| Filed 44E: No | | Currently 44E: Yes | |
| Filed 66A: No | | Currently 66A: No | |
| Filed No Basis: No | | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: AUTOMOBILI LAMBORGHINI S.P.A.

Owner Address: Sant'Agata Bolognese
Via Modena, 12
Bologna ITALY 40019

Legal Entity Type: CORPORATION

State or Country Where ITALY
Organized:

## Attorney/Correspondence Information

**ER-132**

LAMBORGHINI_0000010

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Scott J. Slavick | Docket Number: | LMIP-0068 |
| Attorney Primary Email Address: | trademarks@bfkn.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Scott J. Slavick | | |
| | Barack Ferrazzano Kirschbaum & Nagelberg LLP | | |
| | 200 West Madison Street, Suite 3900 | | |
| | Chicago, ILLINOIS United States 60606 | | |
| Phone: | 312-984-3100 | Fax: | 312-984-3150 |
| Correspondent e-mail: | trademarks@bfkn.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| Domestic Representative Name: | Scott J. Slavick | Phone: | 312-984-3100 |
| Fax: | 312-984-3150 | | |
| Domestic Representative e-mail: | trademarks@bfkn.com | Domestic Representative e-mail Authorized: | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 12, 2023 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jul. 12, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 12, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 12, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 12, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 12, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 12, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Apr. 30, 2018 | NOTICE OF SUIT | |
| Mar. 01, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 01, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Mar. 01, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 01, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 17, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |

**ER-133**

LAMBORGHINI_0000011

| Apr. 18, 2007 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Sep. 09, 2006 | REVIEW OF CORRESPONDENCE COMPLETE |
| Aug. 21, 2006 | PAPER RECEIVED |
| Jul. 14, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Jul. 14, 2005 | REGISTERED - SEC. 9 GRANTED/CHECK RECORD FOR SEC. 8 |
| Jul. 14, 2005 | REGISTERED - PARTIAL SEC. 8 (10-YR) ACCEPTED |
| Jul. 13, 2005 | ASSIGNED TO PARALEGAL |
| May 16, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| May 16, 2005 | TEAS SECTION 8 & 9 RECEIVED |
| Oct. 29, 1992 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Oct. 14, 1992 | RESPONSE RECEIVED TO POST REG. ACTION |
| Apr. 14, 1992 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 |
| Dec. 11, 1991 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Dec. 17, 1985 | REGISTERED-PRINCIPAL REGISTER |
| Oct. 08, 1985 | PUBLISHED FOR OPPOSITION |
| Sep. 08, 1985 | NOTICE OF PUBLICATION |
| May 20, 1985 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 14, 1985 | EXAMINERS AMENDMENT MAILED |
| Jun. 19, 1984 | LETTER OF SUSPENSION MAILED |
| May 25, 1984 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 25, 1983 | NON-FINAL ACTION MAILED |
| Sep. 22, 1983 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Sep. 23, 1983 | ASSIGNED TO EXAMINER |
| Aug. 11, 1982 | NON-FINAL ACTION MAILED |
| Jul. 01, 1982 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** GENERIC WEB UPDATE             **Date in Location:** Mar. 01, 2016

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

LAMBORGHINI_0000012

---

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**    **MAINTENANCE**        **Back to Search**        Print

| | |
|---|---|
| **Generated on:** This page was generated by TSDR on 2024-01-18 09:52:03 EST | |

**Mark:** LAMBORGHINI

# LAMBORGHINI

| | | | |
|---|---|---|---|
| **US Serial Number:** 74019105 | | **Application Filing Date:** Jan. 16, 1990 | |
| **US Registration Number:** 1622382 | | **Registration Date:** Nov. 13, 1990 | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 23, 2021

**Publication Date:** Aug. 21, 1990

## Mark Information

**Mark Literal Elements:** LAMBORGHINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:**  1375514, 1421989, 1423824, 1422763, 1421932, 1428933, 1428157 and others

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** AUTOMOBILES AND THEIR STRUCTURAL PARTS

| | | |
|---|---|---|
| **International Class(es):** 012 - Primary Class | | **U.S Class(es):** 019 |
| **Class Status:** ACTIVE | | |
| **Basis:** 1(a) | | |
| **First Use:** Oct. 1963 | | **Use in Commerce:** Jan. 1965 |

**ER-135**

LAMBORGHINI_0000013

(119 of 141) Page 119 of 141
1/18/24, 9:54 AM   Case 2:22-cv-01439-ROS   Document 15-3   Filed 06/05/24   Page 15 of 32
Page 119 of 141

## Basis Information (Case Level)

| | |
|---|---|
| Filed Use: Yes | Currently Use: Yes |
| Filed ITU: No | Currently ITU: No |
| Filed 44D: No | Currently 44D: No |
| Filed 44E: No | Currently 44E: No |
| Filed 66A: No | Currently 66A: No |
| Filed No Basis: No | Currently No Basis: No |

## Current Owner(s) Information

**Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A.

**Owner Address:** VIA MODENA, 12
SANT???AGATA BOLOGNESE (BO) ITALY I-40019

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ITALY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Slavick

**Docket Number:** LMIP-0066

**Attorney Primary Email Address:** trademarks@bfkn.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Correspondent e-mail:** trademarks@bfkn.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**Domestic Representative Name:** Scott J. Slavick

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Domestic Representative e-mail:** trademarks@bfkn.com

**Domestic Representative e-mail Authorized:** Yes

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

LAMBORGHINI_0000014

| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 05, 2022 | NOTICE OF SUIT |
| Jun. 24, 2021 | NOTICE OF SUIT |
| Apr. 08, 2021 | NOTICE OF SUIT |
| Jan. 23, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| Jan. 23, 2021 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) |
| Jan. 23, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 23, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Nov. 02, 2020 | TEAS SECTION 8 & 9 RECEIVED |
| Apr. 30, 2018 | NOTICE OF SUIT |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP |
| Jul. 31, 2013 | NOTICE OF SUIT |
| Jan. 28, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| Jan. 28, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jan. 26, 2010 | TEAS SECTION 8 & 9 RECEIVED |
| Sep. 12, 2008 | NOTICE OF SUIT |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Sep. 05, 2008 | NOTICE OF SUIT |
| Oct. 04, 2007 | CASE FILE IN TICRS |
| Sep. 09, 2006 | REVIEW OF CORRESPONDENCE COMPLETE |
| Aug. 21, 2006 | PAPER RECEIVED |
| Oct. 03, 2001 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Oct. 03, 2001 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jul. 02, 2001 | RESPONSE RECEIVED TO POST REG. ACTION - SEC. 8 & 9 |
| Jan. 31, 2001 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 |
| Jul. 12, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jul. 10, 1996 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Feb. 12, 1996 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Nov. 13, 1990 | REGISTERED-PRINCIPAL REGISTER |
| Aug. 21, 1990 | PUBLISHED FOR OPPOSITION |
| Jul. 21, 1990 | NOTICE OF PUBLICATION |
| Jun. 07, 1990 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 29, 1990 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Apr. 06, 1990 | NON-FINAL ACTION MAILED |
| Apr. 04, 1990 | ASSIGNED TO EXAMINER |

**ER-137**

LAMBORGHINI_0000015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** GENERIC WEB UPDATE         **Date in Location:** Jan. 23, 2021

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

**LAMBORGHINI_0000016**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |

Generated on: This page was generated by TSDR on 2024-01-18 09:52:09 EST

Mark: LAMBORGHINI



US Serial Number: 77407493

US Registration Number: 3671571

Register: Principal

Mark Type: Trademark

Application Filing Date: Feb. 27, 2008

Registration Date: Aug. 25, 2009

TM5 Common Status Descriptor:



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Sep. 26, 2019

Publication Date: Jun. 09, 2009

## Mark Information

Mark Literal Elements: LAMBORGHINI

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of the word "LAMBORGHINI" with the representation of a bull all within a shield.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers
03.07.21 - Stylized cows, buffalo, and other bovines
03.07.24 - Stylized goats and sheep
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon

## Related Properties Information

Claimed Ownership of US Registrations: **1149229**, **1375514**, **1622382** and others

## Foreign Information

**ER-139**

LAMBORGHINI_0000017

| | |
|---|---|
| **Priority Claimed:** Yes | |
| **Foreign Application Number:** MI2007C00909 | **Foreign Application Filing Date:** Sep. 03, 2007 |
| **Foreign Application/Registration Country:** ITALY | |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Motor vehicles, namely, automobiles and structural parts thereof

| | |
|---|---|
| **International Class(es):** 012 - Primary Class | **U.S Class(es):** 019, 021, 023, 031, 035, 04 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Jul. 30, 1982 | **Use in Commerce:** Jul. 30, 1982 |

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** Yes |
| **Filed ITU:** Yes | **Currently ITU:** No |
| **Filed 44D:** Yes | **Currently 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A. | |
| **Owner Address:** VIA MODENA, 12, SANT' AGATA BOLOGNESE (BO) ITALY | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** ITALY |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Scott J. Slavick | **Docket Number:** LMIP-0069 |
| **Attorney Primary Email Address:** trademarks@bfkn.com | **Attorney Email Authorized:** Yes |

### Correspondent

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP

**ER-140**

LAMBORGHINI_0000018

200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100                                        **Fax:** 312-984-3150

**Correspondent e-mail:** trademarks@bfkn.com        **Correspondent e-mail** Yes
                                                      **Authorized:**

**Domestic Representative**

**Domestic Representative** Scott J. Slavick               **Phone:** 312-984-3100
**Name:**

**Fax:** 312-984-3150

**Domestic Representative** trademarks@bfkn.com    **Domestic Representative** Yes
**e-mail:**                                         **e-mail Authorized:**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 05, 2022 | NOTICE OF SUIT | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Apr. 08, 2021 | NOTICE OF SUIT | |
| Sep. 26, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 26, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 26, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 26, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 19, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 25, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 30, 2018 | NOTICE OF SUIT | |
| Sep. 28, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 28, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 28, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 24, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 31, 2013 | NOTICE OF SUIT | |
| Aug. 25, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 09, 2009 | PUBLISHED FOR OPPOSITION | |

(125 of 141), Page 125 of 141
1/18/24, 9:55 AM
Case 2:22-cv-01439-ROS    Document 153    Filed 06/05/24    Page 21 of 32

| May 20, 2009 | NOTICE OF PUBLICATION |
| May 07, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| May 07, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| May 07, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| May 07, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| May 04, 2009 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| May 04, 2009 | ASSIGNED TO LIE |
| May 04, 2009 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Dec. 31, 2008 | FINAL REFUSAL MAILED |
| Dec. 30, 2008 | FINAL REFUSAL WRITTEN |
| Dec. 30, 2008 | USE AMENDMENT ACCEPTED |
| Nov. 08, 2008 | AMENDMENT TO USE PROCESSING COMPLETE |
| Nov. 08, 2008 | USE AMENDMENT FILED |
| Nov. 07, 2008 | TEAS AMENDMENT OF USE RECEIVED |
| Nov. 07, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 04, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

    **Current Location:** GENERIC WEB UPDATE          **Date in Location:** Sep. 26, 2019

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

**LAMBORGHINI_0000020**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |

**Generated on:** This page was generated by TSDR on 2024-01-18 09:52:21 EST

**Mark:** LAMBORGHINI

# LAMBORGHINI

| | | | |
|---|---|---|---|
| **US Serial Number:** 77407165 | | **Application Filing Date:** Feb. 27, 2008 | |
| **US Registration Number:** 3707401 | | **Registration Date:** Nov. 10, 2009 | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Dec. 21, 2019

**Publication Date:** Aug. 25, 2009

## Mark Information

**Mark Literal Elements:** LAMBORGHINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 1149229, 1375514, 1622382 and others

## Foreign Information

**Priority Claimed:** Yes

**Foreign Application Number:** MI2007C00909

**Foreign Application Filing Date:** Sep. 03, 2007

**Foreign Application/Registration Country:** ITALY

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

**ER-143**

LAMBORGHINI_0000021

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Model cars

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 01, 1991 | **Use in Commerce:** | Jun. 01, 1991 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | AUTOMOBILI LAMBORGHINI S.P.A. |
| **Owner Address:** | VIA MODENA, 12 (BO)<br>SANT'AGATA BOLOGNESE, I-40019 ITALY |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | ITALY |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Scott J. Slavick | **Docket Number:** | LMIP-0067 |
| **Attorney Primary Email Address:** | trademarks@bfkn.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Scott J. Slavick<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, ILLINOIS United States 60606 |
| **Phone:** 312-984-3100 | **Fax:** 312-984-3150 |
| **Correspondent e-mail:** trademarks@bfkn.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative**

| | |
|---|---|
| **Domestic Representative Name:** | Scott J. Slavick |
| **Phone:** | 312-984-3100 |
| **Fax:** | 312-984-3150 |

LAMBORGHINI_0000022

**Domestic Representative** trademarks@bfkn.com

**Domestic Representative** Yes

       e-mail:

       e-mail Authorized:

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Dec. 21, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 21, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 21, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Dec. 21, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 08, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 10, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 12, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 12, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 06, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 10, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 26, 2009 | REVIEW OF CORRESPONDENCE COMPLETE | |
| Aug. 25, 2009 | PUBLISHED FOR OPPOSITION | |
| Aug. 24, 2009 | ASSIGNED TO PETITION STAFF | |
| Aug. 07, 2009 | PAPER RECEIVED | |
| Aug. 05, 2009 | NOTICE OF PUBLICATION | |
| Jul. 22, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Jul. 17, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 17, 2009 | USE AMENDMENT ACCEPTED | |
| Jul. 16, 2009 | AMENDMENT TO USE PROCESSING COMPLETE | |
| Jul. 16, 2009 | USE AMENDMENT FILED | |
| Jul. 14, 2009 | PREVIOUS ALLOWANCE WITHDRAWN-TIMELY AAU | |
| Jul. 08, 2009 | TEAS AMENDMENT OF USE RECEIVED | |
| Jul. 09, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

**ER-145**

**LAMBORGHINI_0000023**

| Jul. 08, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 08, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 08, 2009 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED |
| Jul. 01, 2009 | INQUIRY AS TO SUSPENSION MAILED |
| Jul. 01, 2009 | SUSPENSION INQUIRY WRITTEN |
| Jul. 01, 2009 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION |
| Jul. 01, 2009 | ASSIGNED TO LIE |
| Dec. 31, 2008 | LETTER OF SUSPENSION MAILED |
| Dec. 30, 2008 | SUSPENSION LETTER WRITTEN |
| Nov. 07, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Nov. 07, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Nov. 07, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

  **Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Dec. 21, 2019

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

LAMBORGHINI_0000024

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | **Back to Search** | Print |

Generated on: This page was generated by TSDR on 2024-01-18 09:52:17 EST

Mark: AUTOMOBILI LAMBORGHINI



US Serial Number: 77407553

US Registration Number: 3717346

Register: Principal

Mark Type: Trademark

Application Filing Date: Feb. 27, 2008

Registration Date: Dec. 01, 2009

TM5 Common Status
Descriptor:



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Jan. 17, 2020

Publication Date: Sep. 15, 2009

## Mark Information

Mark Literal Elements: AUTOMOBILI LAMBORGHINI

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of the words "AUTOMOBILI LAMBORGHINI" with a representation of a bull all within a shield.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Translation: The foreign wording in the mark translates into English as "AUTOMOBILES".

Design Search Code(s): 03.07.01 - Cows; Cattle; Calf; Calves; Bulls; Oxen; Steers
03.07.21 - Stylized cows, buffalo, and other bovines
03.07.24 - Stylized goats and sheep
24.01.02 - Shields or crests with figurative elements contained therein or superimposed thereon
24.01.03 - Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon

## Related Properties Information

Claimed Ownership of US 1149229, 1375514, 1622382 and others
Registrations:

**LAMBORGHINI_0000025**

## Foreign Information

|  |  |  |  |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | MI2007C00909 | **Foreign Application Filing Date:** | Sep. 03, 2007 |
| **Foreign Registration Number:** | 1097474 | **Foreign Registration Date:** | Feb. 28, 2008 |
| **Foreign Application/Registration Country:** | ITALY | **Foreign Expiration Date:** | Feb. 28, 2018 |

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** mouse pads

| **International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Key holder, pins, cufflinks made of precious metal

| **International Class(es):** 014 - Primary Class | **U.S Class(es):** 002, 027, 028, 050 |
|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Calendar, poster, books in the field of automobiles, pencils, pencil boxes, ball-point pens, pencil cases; paper flag

| **International Class(es):** 016 - Primary Class | **U.S Class(es):** 002, 005, 022, 023, 029, 037 |
|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** purses, wallets, credit card holders, business card holders all made of leather; backpacks, book bags, duffelbags,

| **International Class(es):** 018 - Primary Class | **U.S Class(es):** 001, 002, 003, 022, 041 |
|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Candle holder

| **International Class(es):** 021 - Primary Class | **U.S Class(es):** 002, 013, 023, 029, 030, 03 |
|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** cloth, nylon and fabric flags; towels

| **International Class(es):** 024 - Primary Class | **U.S Class(es):** 042, 050 |
|---|---|

**Class Status:** ACTIVE

**ER-148**

LAMBORGHINI_0000026

**Basis:** 44(e)

**For:** T-shirts, sweatshirts, polo shirts, sweater, foulards, scarves, gloves, belts, ties, caps, hats, jackets, coats, vests, a swimming shorts

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 44(e)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | Yes | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | Yes |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

**Owner Name:** AUTOMOBILI LAMBORGHINI S.P.A.

**Owner Address:** VIA MODENA, 12
SANTAGATA BOLOGNESE (BO) ITALY I40019

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ITALY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Scott J. Slavick

**Docket Number:** LMIP-0057

**Attorney Primary Email Address:** trademarks@bfkn.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Scott J. Slavick
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, ILLINOIS United States 60606

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Correspondent e-mail:** trademarks@bfkn.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative**

**Domestic Representative Name:** Scott J. Slavick

**Phone:** 312-984-3100

**Fax:** 312-984-3150

**Domestic Representative e-mail:** trademarks@bfkn.com

**Domestic Representative e-mail Authorized:** Yes

**LAMBORGHINI_0000027**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 13, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 13, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Dec. 13, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 13, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 22, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 22, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 22, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 24, 2021 | NOTICE OF SUIT | |
| Jan. 17, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 17, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 17, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 17, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 02, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 01, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 19, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 19, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jan. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Nov. 17, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 28, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 01, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 15, 2009 | PUBLISHED FOR OPPOSITION | |
| Aug. 26, 2009 | NOTICE OF PUBLICATION | |
| Aug. 07, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Aug. 07, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 06, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 06, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 05, 2009 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| May 26, 2009 | LETTER OF SUSPENSION MAILED | |
| May 26, 2009 | SUSPENSION LETTER WRITTEN | |
| May 20, 2009 | AMENDMENT FROM APPLICANT ENTERED | |
| May 20, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 18, 2009 | PAPER RECEIVED | |
| Apr. 30, 2009 | INQUIRY AS TO SUSPENSION MAILED | |
| Apr. 30, 2009 | SUSPENSION INQUIRY WRITTEN | |
| Apr. 30, 2009 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION | |

**ER-150**

LAMBORGHINI_0000028

| Apr. 30, 2009 | ASSIGNED TO LIE |
| Oct. 30, 2008 | LETTER OF SUSPENSION MAILED |
| Oct. 29, 2008 | SUSPENSION LETTER WRITTEN |
| Oct. 10, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Oct. 10, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Oct. 10, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| May 09, 2008 | NON-FINAL ACTION MAILED |
| May 09, 2008 | NON-FINAL ACTION WRITTEN |
| May 09, 2008 | ASSIGNED TO EXAMINER |
| Mar. 04, 2008 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Mar. 03, 2008 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

   **Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jan. 17, 2020

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

LAMBORGHINI_0000029

# United States of America

## United States Patent and Trademark Office

### automobili Lamborghini

**Reg. No. 5,677,551**

**Registered Feb. 19, 2019**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Automobili Lamborghini S.p.A. (ITALY CORPORATION)
Via Modena, 12
Sant'agatabolognese Bo, ITALY 40019

CLASS 9: audio speakers; audio headphones; audio equipment for vehicles, namely, stereos, speakers, amplifiers, equalizers, crossovers and speaker housings; loud speakers; virtual reality headsets; communications headsets, namely, telephone headsets; earphones and headphones; headsets for use with computers; audio and visual headsets for use in playing video games; audio receivers and radio receivers; display devices, namely, heads-up displays in the nature of transparent electronic displays for use in the projection of data from a mobile device onto a vehicle windshield; television receivers; film and video devices, namely, projectors; apparatus for transmission of sound; apparatus for transmission of images

OWNER OF EUROPEAN UNION , REG. NO. 014422621, DATED 11-16-2015, EXPIRES 07-29-2025

The mark consists of the words "AUTOMOBILI LAMBORGHINI" in special type form.

No claim is made to the exclusive right to use the following apart from the mark as shown: "AUTOMOBILI"

The English Translation of the word "AUTOMOBILI" in the mark is "automobiles".

SEC. 2(F) as to "LAMBORGHINI"

SER. NO. 87-432,173, FILED 05-01-2017

Director of the United States
Patent and Trademark Office

ER-152

LAMBORGHINI_0000030

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page: 2 of 2 / RN # 5677551

**ER-153**

LAMBORGHINI_0000031

# Exhibit P

(138 of 141), Page 138 of 141   Case: 24-6839, 03/03/2025, DktEntry: 15.3, Page 138 of 141
Case 2:22-cv-01439-ROS   Document 59-18   Filed 06/03/24   Page 2 of 5
PI_000609

**DOCUMENT PRODUCED NATIVELY**

| | |
|---|---|
| **From:** | Rudy Bekker <rudy@rudybekker.com> |
| **Sent:** | Monday, April 17, 2023 8:05 AM |
| **To:** | Richard Blair |
| **Subject:** | Re: Lambo.com |

What's your best price?

I am super interested

On Mon 17. Apr 2023 at 14:00, Richard Blair <rb@ceec.com> wrote:

I understand. Thanks anyway for your interest and best wishes.

Sent from Proton Mail mobile

-------- Original Message --------
On Apr 17, 2023, 12:57 PM, Rudy Bekker < rudy@rudybekker.com> wrote:

Sure thing!

This is a personal acquisition for my portfolio

https://www.linkedin.com/in/rudybekker

I am a software entrepreneur and investor

What sort of price are you looking for?

I am liquid but 50m is super crazy haha

Rudy

On Mon 17. Apr 2023 at 13:33, Richard Blair <rb@ceec.com> wrote:

> Tell me about the nature of your inquiry, is this a domain name you seek for personal acquisition or do you represent a third party?
>
> Regarding price, I would be agreeable to a near all cash offer if ready to close.
>
>
> Sent from Proton Mail mobile
>
>
>
> -------- Original Message --------
> On Apr 17, 2023, 12:21 PM, Rudy Bekker < rudy@rudybekker.com> wrote:
>
>> Are you negotiable at all?
>>
>>
>> On Mon, Apr 17, 2023 at 1:08 PM Richard Blair <rb@ceec.com> wrote:
>>
>>> my domain
>>>
>>>
>>> Sent from Proton Mail mobile
>>>
>>>
>>>
>>> -------- Original Message --------
>>> On Apr 17, 2023, 10:32 AM, Rudy Bekker < rudy@rudybekker.com> wrote:
>>>
>>>> Is this your domain or are you a broker?
>>>>
>>>>
>>>> On Mon 17. Apr 2023 at 11:05, Richard Blair <rb@ceec.com> wrote:
>>>>
>>>>> Hello,
>>>>> I am responding to your inquiry. Price as shown, if you are interested you can use the buy now button and checkout via escrow.com. If you have any questions let me know.

2

**ER-157**

Regards,
Richard


Sent from Proton Mail mobile